United States District Court
Southern District of Texas
FILED

JUN 0 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

BELINDA MATA, Plaintiff     §
§
VS.     §
§    CIVIL ACTION NO. **B-04-092**
§
CAMERON COUNTY HEALTH     §
DEPARTMENT, THE COUNTY OF     §
CAMERON, Defendant     §

---

## DEFENDANT'S VERIFIED PETITION OF NOTICE OF REMOVAL

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Now comes Defendant CAMERON COUNTY HEALTH DEPARTMENT, THE

COUNTY OF CAMERON, and, pursuant to 28 U.S.C. §§1441(a) & 1446(a) and L.R. 81,

files its verified Petition of NOTICE OF REMOVAL of the herein below styled and

numbered pending State civil cause from the 103rd Judicial District Court of Cameron

County, Texas to the United States District Court for the Southern District of Texas,

Brownsville Division, and, in support hereof, respectfully shows the Court as follows:

I.

1.     Plaintiff is Belinda Mata, who resides in Cameron County, Texas. Defendant

is Cameron County Health District, the County of Cameron which operates

as a public health facility in Cameron County, Texas.

2.     On 12 May 2004, Plaintiff filed an original Petition against Defendant in the

103rd Judicial District Court of Cameron County, Texas, styled and numbered

as Belinda Mata v. Cameron County Health Department, the County of

C:\mata.thr, 6/4/2004         1

Cameron, Cause No. 2004-05-2555-D. INDEX OF EXHIBITS.

3.     Defendant was served with said Petition on 19 May, and timely-files its Notice. 28 U.S.C. §1446(b).

II.

1.     Removal is proper because Plaintiff's suit involves a federal question. 28 U.S.C. §§1331 & §1446(a), *supra*.  Specifically, Plaintiff generally alleged violations of U.S.C., Amend. 1 & 42 U.S.C. §1983 by Defendant, in that Defendant allegedly terminated Plaintiff after she exercised her free speech on a matter of public concern. Plaintiff's original Petition, ¶ II, sub-¶ 3; ¶ VI, sub-¶ 15.

2.     Pursuant to §1446(a), *supra*, all pleadings, process, orders, and other filings in the State court action are attached hereto. INDEX OF EXHIBITS.

3.     Venue in this District is proper under §1441(a), *supra*, because this District and Division embrace the place where Plaintiff's action is pending.

4.     Pursuant to 28 U.S.C. §1446(d), Defendant will now file a NOTICE OF REMOVAL with the Clerk of the State court in which Plaintiff's action is pending.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court will, pursuant to §§1441(a), 1446(a), *supra*, grant its Petition of NOTICE OF REMOVAL of the herein above-styled and -numbered pending civil cause from the 103rd Judicial District Court of Cameron County, Texas to the United States District Court for the Southern District of Texas, Brownsville Division.

C:\mata.thr, 6/4/2004                                    2

Respectfully Submitted By:

CAMERON COUNTY
COMMISSIONERS' COURT
CIVIL LEGAL DIVISION
964 E. Harrison St., Ste. 420
Brownsville TX.      78520
Telephone:   956.550.1345
Facsimile:     956.550.1348


John A. Olson
Tex. Bar. No. 15274750
Federal Bar No. 4034
And
Dylbia Jefferies-Vega
Tex. Bar. No. 00786515
Federal Bar No. 17065
Of Counsel
Attorneys for
Defendant Cameron County
Health Department, the County
Of Cameron

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BELINDA MATA, Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. _____ |
| CAMERON COUNTY HEALTH | § | |
| DEPARTMENT, THE COUNTY OF | § | |
| CAMERON, Defendant | § | |

**VERIFICATION**

STATE OF TEXAS          ][

COUNTY OF CAMERON   ][

 Before me, the undersigned authority personally appeared JOHN A. OLSON who, upon his oath, attested that:

 My name is John A. Olson, and I am competent to make this statement. I prepared and reviewed the contents of the foregoing Defendant's verified original Petition of NOTICE OF REMOVAL, and attest that its contents are true and correct to the best of my knowledge, information, and belief.

JOHN A. OLSON

Sworn to and subscribed before me on 4 June 2004 to which witness my hand and seal of Office.

NOTARY PUBLIC
In and for Cameron County, Texas
My Commission expires on 10/27/04

IRENE G. GONZALEZ
Notary Public, State of Texas
My Commission Expires
OCTOBER 27, 2004

C:\mata.thr, 6/4/2004     4

## CERTIFICATE OF CONFERENCE

I hereby certify that on 3 June 2004 by telephone I informed Plaintiff Belinda Mata's counsel, Mr. David R. Joe, C/O Brewer Anthony Middlebrook Burley and Dunn, P.C., 1702 E. Tyler St., Ste. 1, Harlingen TX. 78550, that this Office intended to file all relevant documents relating to Defendant Cameron County Health Department, The County of Cameron's verified Petition of NOTICE OF REMOVAL,

John A. Olson

## CERTIFICATE OF SERVICE

I hereby certify that on 4 June 2004 a copy of Defendant Cameron County Health Department, The County of Cameron's verified Petition of NOTICE OF REMOVAL was mailed to Mr. David R. Joe, C/O Brewer Anthony Middlebrook Burley and Dunn, P.C., 1702 E. Tyler St., Ste. 1, Harlingen TX. 78550, by certified mail, return receipt requested.

John A. Olson

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BELINDA MATA, Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTON NO. **B-04-092** |
| CAMERON COUNTY HEALTH | § | |
| DEPARTMENT, THE COUNTY OF | § | |
| CAMERON,  Defendant | § | |

---

### NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL

---

TO: Ms. Belinda Mata, by and through her attorney of record, Mr. David R. Joe, C/O

Brewer Anthony Middlebrook Burley & Dunn, p.c., 1701 E. Tyler, Ste. 1, Harlingen TX.

78550.

Pursuant to 28 U.S.C. §1446(d), you are hereby notified that on the 4th day of June

2004, in the above-styled and –numbered cause, Defendant CAMERON COUNTY

HEALTH DEPARTMENT, THE COUNTY OF CAMERON filed its verified Petition of

NOTICE OF REMOVAL in the United States District Court for the Southern District of

Texas, Brownsville Division, pursuant to 28 U.S.C. §§1441(a) & 1446(a) and L.R. 81.

Copies of all relevant instruments are attached hereto for your review.

Signed on 4 June 2004.

C:\mata.fve, 6/4/2004

Respectfully Submitted By:

CAMERON COUNTY
COMMISSIONERS' COURT
CIVIL LEGAL DIVISION
964 E. Harrison St., Ste. 420
Brownsville TX.      78520
Telephone:   956.550.1345
Facsimile:     956.550.1348

John A. Olson
Tex. Bar. No. 15274750
Federal Bar No. 4034
And
Dylbia Jefferies-Vega
Tex. Bar. No. 00786515
Federal Bar No. 17065
Of Counsel
Attorneys for
Defendant Cameron County Health
Department, the County of Cameron

C:\mata.fve, 6/4/2004

United States District Court
Southern District of Texas
FILED

JUN 0 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

BELINDA MATA, Plaintiff              §
                                     §
VS.                                  §
                                     §    CIVIL ACTION NO. **B-04-092**
CAMERON COUNTY HEALTH                §
DEPARTMENT, THE COUNTY OF            §
CAMERON, Defendant                   §

---

## LIST OF PARTIES AND COUNSEL

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Now comes Defendant CAMERON COUNTY HEALTH DEPARTMENT, THE

COUNTY OF CAMERON, and, in accordance with the Local Rules for the United States

District Court for the Southern District of Texas governing removal of civil actions, files its

LIST OF PARTIES AND COUNSEL, and would submit the following with the Court:

PLAINTIFF

Belinda Mata

PLAINTIFF'S COUNSEL

David R. Joe
C/O Brewer, Anthony,
Middlebrook, Burley & Dunn, P.C.
1702 E. Tyler St., Ste. 1
Harlingen TX          78550
Telephone: 956.428.5500
Facsimile:  956.428.5518

DEFENDANT

Cameron County
Health Department, The
County of Cameron

C:\mata.two, 6/4/2004

<u>DEFENDANT'S COUNSEL</u>

John A. Olson
And
Dylbia Jefferies-Vega
Of Counsel
Cameron County
Commissioners' Court
Civil Legal Division
964 E. Harrison St., Ste 420
Brownsville TX.      78520
956.550.1345      Telephone
956.550.1348      Fax

                                        Respectfully Submitted By:

                                        CAMERON COUNTY
                                        COMMISSIONERS' COURT
                                        CIVIL LEGAL DIVISION
                                        964 E. Harrison St., Ste. 420
                                        Brownsville, Texas 78520
                                        Telephone:   956.550.1345
                                        Facsimile:    956.550.1348


                                        John A. Olson
                                        Tex. Bar. No. 15274750
                                        Federal Bar No. 4034
                                        And
                                        Dylbia Jefferies-Vega   786516
                                        Tex. Bar. No. 00786515
                                        Federal Bar No. 17065
                                        Of Counsel
                                        Attorneys for
                                        Defendant Cameron County
                                        Health Department, the County
                                        Of Cameron


C:\mata.two, 6/4/2004

## CERTIFICATE OF SERVICE

I hereby certify that on 4 June 2004 a copy of Defendant Cameron County Health Department, the County of Cameron's LIST OF PARTIES AND COUNSEL was mailed to Mr. David R. Joe, C/O Brewer, Anthony, Middlebrook, Burley & Dunn, P.C., 1702 E. Tyler St., Ste. 1, Harlingen TX. 78550, by certified mail, return receipt requested.

John A. Olson

C:\mata.two, 6/4/2004

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Tex.
FILED

JUN 0 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BELINDA MATA, Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTON NO. **B-04-092** |
| CAMERON COUNTY HEALTH | § | |
| DEPARTMENT, THE COUNTY OF | § | |
| CAMERON,  Defendant | § | |

---

NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL

---

TO: Ms. Belinda Mata, by and through her attorney of record, Mr. David R. Joe, C/O

Brewer Anthony Middlebrook Burley & Dunn, p.c., 1701 E. Tyler, Ste. 1, Harlingen TX.

78550.

Pursuant to 28 U.S.C. §1446(d), you are hereby notified that on the 4th day of June

2004, in the above-styled and –numbered cause, Defendant CAMERON COUNTY

HEALTH DEPARTMENT, THE COUNTY OF CAMERON filed its verified Petition of

NOTICE OF REMOVAL in the United States District Court for the Southern District of

Texas, Brownsville Division, pursuant to 28 U.S.C. §§1441(a) & 1446(a) and L.R. 81.

Copies of all relevant instruments are attached hereto for your review.

Signed on 4 June 2004.

C:\mata.fve, 6/4/2004

Respectfully Submitted By:

CAMERON COUNTY
COMMISSIONERS' COURT
CIVIL LEGAL DIVISION
964 E. Harrison St., Ste. 420
Brownsville TX.        78520
Telephone:   956.550.1345
Facsimile:      956.550.1348


John A. Olson
Tex. Bar. No. 15274750
Federal Bar No. 4034
And
Dylbia Jefferies-Vega
Tex. Bar. No. 00786515
Federal Bar No. 17065
Of Counsel
Attorneys for
Defendant Cameron County Health
Department, the County of Cameron

C:\mata.fve, 6/4/2004

Citation for Personal Service - **GENERAL** _____    Lit. Seq. # 5.002.01

No. 2004-05-002555-D

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty **days** after you were served this citation and petition, a default judgment may be taken against you.

TO: CAMERON COUNTY HEALTH DEPARTMENT
    THE COUNTY OF CAMERON
    BY SERVING THE COUNTY JUDGE
    GILBERTO HINOJOSA
    BROWNSVILLE, TEXAS  78520                    BY: _____

the _____ DEFENDANT _____, GREETING:

You are commanded to appear by filing a written answer to the

**PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE TO DEFENDANT**

**at** or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 **days** after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____ PETITION _____ was filed on __ MAY 12, 2004 __. A copy of same accompanies this citation.

The file number of said suit being No. 2004-05-002555-D.

The style of the case is:

BELINDA MATA
VS.
CAMERON CO HEALTH DEPARTMENT THE COUNTY OF CAMERON

Said petition was filed in said court by _____ DAVID ROYSE JOE _____ (Attorney for _____ PLAINTIFF _____), whose address is 1702 E. TYLER, STE. 1 HARLINGEN, TEXAS  78550 _____.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 12th day of _____ MAY _____, A.D. 2004.

_____ AURORA DE LA GARZA _____, DISTRICT CLERK
                Cameron County, Texas
                974 E. Harrison St.
                Brownsville, Texas 78521

_____, Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BELINDA MATA, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. **B-04-092** |
| | § | |
| CAMERON COUNTY HEALTH | § | |
| DEPARTMENT, THE COUNTY | § | |
| OF CAMERON, | § | |
| Defendant | | |

## INDEX OF EXHIBITS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Now comes Defendant CAMERON COUNTY HEALTH DEPARTMENT, THE COUNTY OF CAMERON, and, in accordance with the Local Rules for the United States District Court for the Southern District of Texas governing the removal of civil actions, files its INDEX OF EXHIBITS, and would submit to the Court the following:

1.     Plaintiff's Original Petition;

2.     Citation issued to Defendant;

3.     Certified Docket sheet; and

4.     List of Parties and Counsel.

C:\mata.one, 6/4/2004

Respectfully Submitted By:

CAMERON COUNTY
COMMISSIONERS' COURT
CIVIL LEGAL DIVISION
964 E. Harrison St., Ste. 420
Brownsville TX.     78520
Telephone:   956.550.1345
Facsimile:    956.550.1348


John A. Olson
Tex. Bar. No. 15274750
Federal Bar No. 4034
And
Dylbia Jefferies-Vega
Tex. Bar. No. 00786515
Federal Bar No. 17065
Of Counsel
Attorneys for
Defendant Cameron County Health
Department, the County of Cameron

## CERTIFICATE OF SERVICE

I hereby certify that on 4 June 2004 a copy of Defendant Cameron County Health

Department, The County of Cameron's INDEX OF EXHIBITS was mailed to Mr. David R.

Joe, C/O Brewer Anthony Middlebrook Burley & Dunn, P.C., 1702 E. Tyler St., Ste. 1,

Harlingen TX. 78550, by certified mail, return receipt requested.

John A. Olson

C:\mata.one, 6/4/2004

FILED ___12.21___ O'CLOCK ___P___ M
AURORA DE LA GARZA DIST. CLERK

MAY 1 2 2004

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____DEPUTY

CAUSE NO. *2004-05-2535*

| | | |
|---|---|---|
| BELINDA MATA, | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| Vs. | § | |
| | § | |
| CAMERON COUNTY HEALTH | § | *103RD* JUDICIAL DISTRICT |
| DEPARTMENT, THE COUNTY | § | |
| OF CAMERON, | § | |
| | § | |
| | § | |
| **Defendant.** | § | CAMERON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION
## AND REQUEST FOR DISCLOSURE TO DEFENDANT

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Belinda Mata, hereinafter the "Plaintiff," complaining of and about the CAMERON COUNTY HEALTH DEPARTMENT, THE COUNTY OF CAMERON, hereinafter referred to as "Defendant," and for cause of action shows unto the Court the following:

## I.  PARTIES AND SERVICE

1.    Plaintiff Belinda Mata is a resident of the State of Texas and resides in Cameron County, Texas.



2.     Defendant CAMERON COUNTY HEALTH DEPARTMENT, upon information and belief is a department of, and one in the same within CAMERON COUNTY, a governmental entity in Cameron County, Texas that can be served by delivering process to its County Judge, Gilberto Hinojosa, at 974 East Harrison Street, Harlingen, Texas 78550.

## II.  JURISDICTION AND VENUE

3.     This is an employment retaliation and wrongful termination action arising under the First Amendment of the United States Constitution, Title 42 U.S.C. Section 1983, as well as the Texas Constitution, and Texas state law, without limitation, as hereinafter more fully appears.   This Court has jurisdiction over questions of State and federal law, as discussed below.

4.     Venue is proper in this Court as the Defendant commenced its employment relationship with the Plaintiff, within Cameron County at Defendant's location at the Cameron County Health Department, 186 N. Sam Houston, San Benito, (Cameron County) Texas.

### III.  NATURE OF ACTION

5.     This is an action for retaliation against, and the wrongful termination of Belinda Mata, LVN, an employee of the Defendant's who was terminated for, and after bringing reports, which she initiated, of immunizations and other serum expirations, and systematic improprieties to the attention of her employer and the Texas Department of Health.

### IV.  CONDITIONS PRECEDENT

6.     Any necessary conditions precedent to the conferring of jurisdiction upon this Court have occurred.  The Plaintiff was at all relevant times a public employee, and the reports forming the basis of this Petition were reports of a most serious and substantial nature, made on a matter of public concern, and were not brought by the Plaintiff for personal gain.

### V.  FACTS COMMON TO ALL CLAIMS

7.     On or about June 4, 2002, Belinda Mata was wrongfully terminated by the CAMERON COUNTY HEALTH DEPARTMENT.  At the time of termination, Plaintiff had spent the preceding weeks working with her supervisor and the Texas Department of

Plaintiffs' Original Petition and
Request for Disclosure

Health to effectuate what amounted to a compliance audit of immunizations kept in the care, custody and control of the CAMERON COUNTY HEALTH DEPARTMENT.

8.    The Plaintiff was the individual who initiated contact with the Texas Department of Health after the Plaintiff had brought to the attention of the CAMERON COUNTY HEALTH DEPARTMENT, the apparent fact that large quantities of immunizations and other serums were mistakenly being stored and used beyond their expiration dates, and in other cases hidden, to avoid repercussions for their waste. The root cause of the problem appeared to the Plaintiff to be the systematic inability of the CAMERON COUNTY HEALTH DEPARTMENT to follow logging, usage and tracking procedures for handling immunizations and other serums. The subject matter of the reports initiated by the Plaintiff was within the scope of her assigned duties at the time made, and the reports were made in good faith.

9.    The CAMERON COUNTY HEALTH DEPARTMENT, through the Plaintiff's supervisors, reacted guardedly and defensively, but allowed the Plaintiff to comply with the remedial instructions prescribed to the Plaintiff by the Texas Department of Health, although the Plaintiff perceived that her supervisors resented the fact of her reports, and her requests for information lodged with the Texas Department of Health.

10.    The Plaintiff's concerns expressed to the Texas Department of Health were specifically motivated by the Plaintiff's anxiety that the CAMERON COUNTY HEALTH DEPARTMENT had not intentionally allowed large lots of medication to expire, and that its hesitation to openly acknowledge this oversight and/or incompetence would lead to an unethical and unacceptable resolution to the problem, including the possibility that expiration dates would simply be disregarded.

11.    The Plaintiff's interpersonal relationship with her supervisor was stressed as a result of the Plaintiff's involvement of the Texas Department of Health.  The CAMERON COUNTY HEALTH DEPARTMENT, although it knew the Plaintiff was merely following instructions of the Texas Department of Health, condescendingly forced the Plaintiff on several occasions to justify again, and explain her intended course of action in auditing the immunizations, as if the Plaintiff had embarked into some frivolous foray.  Supervisors critiqued and criticized the Plaintiff's plan of action and efforts, in a mocking manner.  The CAMERON COUNTY HEALTH DEPARTMENT, in the regard, manifested its supervisors' underlying frustration with the Plaintiff in this form of harassment.

12.    The manner of the Plaintiff's termination was an unequivocal affirmation of her concerns that her supervisors begrudged the Plaintiff for her report to the Texas Department of Health.  The Plaintiff was actually taunted, and assaulted when

she attempted to leave the building after her termination. Unexpectedly, just before 5:00 p.m., the Plaintiff was summoned to the office of her supervisor and terminated, effective immediately.

13.     The delivery of the termination letter occurred without incident, and the Plaintiff gathered her belongings anticipating that she would be leaving for the final time. As she approached the front door to exit, one of the two individuals who had terminated the Plaintiff called out "She is leaving, she is leaving!" The other individual, Martha Canas, for no expressed or apparent reason blocked the front door with one arm and grabbed Belinda Mata with her other arm to prevent her from leaving. The Plaintiff, while her arm was being held and squeezed, protested the restraint, and as a result was simply held more and more tightly by Ms. Canas.

14.     The restraint on the Plaintiff, which perhaps occurred because the Plaintiff was thought to be leaving a minute before the close of business, became so obnoxious that even Esmeralda Guajardo acquiesced and told Ms. Canas, to "let her go," which she ignored the first time until it was forcibly insisted again to "Just let her go!" Thus, the Plaintiff was forced to leave her employment traumatically, and went directly home fearful for her safety.

# VI.    CAUSES OF ACTION

15.    The Plaintiff's ill treatment after her reports and the subsequent termination violated her rights under the First Amendment of the United States Constitution, Title 42 U.S.C. Section 1983, as well as the Texas Constitution, and Texas state law.  The Plaintiff's termination was motivated by her exercise of free speech on matters of public concern, as guaranteed a public employee by the First Amendment of the United States Constitution, as well as Texas state law.  The Plaintiff's reports made within her department and to the Texas Department of Health and were in good faith.

16.    Further, under Texas common law, the Plaintiff's refusal to commit an illegal act cannot be the basis for termination of an at-will employee.  Before the Plaintiff sought the remedial involvement of the Texas Department of Health, her instructions and assignment for the handling and disposition of the serums and immunizations complained of had been given to her.  The Plaintiff refused the option of rote adherence to suspect directives from her supervisor and made her reports. The forthcoming instructions and continuing guidance from the Texas Department of Health amounted to a legally binding obligation on the Defendant, an outright reproach of the CAMERON COUNTY HEALTH DEPARTMENT'S procedures, and the following of any other course of action by the Plaintiff would have violated law.

## VII.  DAMAGES

17.    The Plaintiff re-alleges Paragraphs 1-16 and further asserts that Plaintiff suffered the following injuries as a direct and proximate result of Defendant's conduct:

a)    The Plaintiff, as a result of retaliation/discrimination for speaking out on a matter of public concern, was fired, denied continued employment, and likely promotion with the Defendant, and as a result has lost past and future wages, and has suffered damages to be established at trial.

b)    The Plaintiff, as a result of refusing to commit an illegal act, was fired, denied continued employment, and likely promotion with the Defendant, and as a result has lost past and future wages, and has suffered damages to be established at trial.

c)    The Plaintiff, as a result of wrongful termination, has sustained loss of reputation and employability with the Defendant, and others, and as a result, has lost past and future wages, and the value of her reputation.

d)    Plaintiff is entitled to damages and an award of attorney fees and costs without limitation.

## VIII.  PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Belinda Mata, respectfully prays for the following relief from Defendant:

a.    That this Court take jurisdiction of this matter;

b.    That this Court grant a trial by jury;

c.    That Defendant be permanently enjoined from discrimination against Plaintiff Belinda Mata;

d.    That Defendant be ordered to reinstate, compensate, reimburse, and make whole Plaintiff for all the benefits Plaintiff would have received had it not been for Defendant's illegal action, including but not limited to pay, benefits and promotions with interest on the above withheld amounts to the date of payment;

e.    That Plaintiff be awarded actual compensatory damages in an amount unspecified at this time against Defendant for the unlawful treatment in the amount determined by the Court;

f.    That Plaintiff be awarded costs and expenses of this action and reasonable attorney fees as provided by law;

g.    That this Court grant such additional equitable and legal relief as is proper and just.

## REQUEST FOR DISCLOSURE

Pursuant to Rule 194, Plaintiff hereby request that the Defendant disclose, within 50 days of service of this request, the information or material described in Rule 194.2(a)-(k).

Respectfully Submitted,

**BREWER ANTHONY MIDDLEBROOK BURLEY & DUNN, P.C.**

By:_____

David R. Joe, Admitted to the
United States District Court,
Northern and Southern Districts of Texas
Texas Bar No. 24003872
Federal Bar 34002
1702 E. Tyler Street
Suite 1
Harlingen, TX, 78550
Office: (956) 428-5500
Fax: (956) 428-5518
ATTORNEY FOR PLAINTIFF

RUN DATE 06/03/04
RUN TIME 12:47 PM

CAMERON CO HEALTH DEPARTMENT THE COUNTY OF CAMERON

BELINDA MATA

VS

* * * * CLERK'S ENTRIES * * * *

00693001                                                    (10)
DAVID ROYSE JOE
1702 E. TYLER, STE. 1
HARLINGEN, TEXAS          78550 0000          WRONGFUL TERMINA

CERTIFIED COPY

05/12/04    ORIGINAL PETITI
05/12/04    CITATION: CAMER
            DEPARTMENT
05/12/04    SERVED:

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK DISTRICT COURT
DISTRICT COURT CAMERON COUNTY, TEXAS

JUN 0 3 2004

BY: _____
DEPUTY

CAMERON COUNTY, TEXAS