United States District Court
Southern District of Texas
FILED

JUN 2 8 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

BELINDA MATA
    Plaintiff,

v.

CIVIL ACTION NO. B-04--092

CAMERON COUNTY HEALTH DEPARTMENT,
THE COUNTY OF CAMERON
    Defendant.

## PLAINTIFF BELINDA MATA'S CERTIFICATE OF INTERESTED PARTIES

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff, BELINDA MATA identifies the following Parties as the only entities with a financial interest in the present litigation:

1)     Plaintiff, **BELINDA MATA**;

2)     Defendant, **CAMERON COUNTY HEALTH DEPARTMENT, THE COUNTY OF CAMERON**.

Order on Plaintiff's Motion for Substitution of Counsel   –   Solo Page 1

Respectfully submitted,

BREWER, BREWER, ANTHONY & MIDDLEBROOK, P.C.

BY: _____
David R. Joe
State Bar No. 24003872
Federal #34002
1702 E. Tyler Street, Ste. 1
Harlingen, Texas 78550
Telephone (956) 428-5500
Facsimile (956) 428-5518
ATTORNEY FOR BELINDA MATA

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Certificate was served in accordance with the Federal Rules of Civil Procedure this 25th day of June, 2004, on counsel of record:

John A. Olson
Cameron County Commissioners'
Court, Civil Legal Division
964 E. Harrison Street
Ste. 420
Brownsville, TX 78520

Fax 956 550-1348

_____
DAVID R. JOE