IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 3 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BELINDA MATA, Plaintiff § | |
| § | |
| VS. § | |
| § | CIVIL ACTON NO. B-04-092 |
| CAMERON COUNTY § | |
| HEALTH DEPARTMENT, § | |
| THE COUNTY OF CAMERON, Defendant § | |

### DEFENDANT'S CERTIFICATE OF FINANCIALLY-INTERESTED ENTITIES.

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Order of 10 June 2004 setting Conference and for Disclosure of Interested Parties, etc., now comes Defendant CAMERON COUNTY HEALTH DEPARTMENT, THE COUNTY OF CAMERON and files its Certificate of Financially-Interested Entities in the above-styled and -numbered cause, and certifies that the only entities, persons, etc., that are known to Defendant to be financially-interested in the outcome of this litigation are:

1. Plaintiff Belinda Mata, who resides in Cameron County, Texas.

2. Defendant Cameron County Health Department, the County of Cameron, located in Cameron County, Texas.

3. David R. Joe, Plaintiff's counsel; and

4. Cameron County, Texas, which filed Defendant's NOTICE OF REMOVAL on 4 June 2004.

Respectfully Submitted By:

CAMERON COUNTY
COMMISSIONERS' COURT
CIVIL LITIGATION DIVISION
964 E. Harrison St., Ste. 420
Brownsville, Texas 78520
Telephone:   956.550.1345
Facsimile:   956.550.1348

John A. Olson
Tex. Bar. No. 15274750
Federal Bar No. 4034
And
Dylbia Jefferies-Vega
Tex. Bar. No. 00786515
Federal Bar No. 17065
Of Counsel
Attorneys for
Defendant Cameron County
Health Department, the County of
Cameron

## CERTIFICATE OF SERVICE

I certify that on 29 June 2004 a copy of Defendant Cameron County Health Department, the County of Cameron's CERTIFICATE OF FINANCIALLY-INTERESTED PARTIES was mailed to Plaintiff's counsel, Mr. David R. Joe, Brewer Anthony Middlebrook Burley & Dunn, P.C., 1702 E. Tyler St., Ste. 1, Harlingen TX 78550 by certified mail, return receipt requested.

John A. Olson