UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | | |
|---|---|---|
| BELINDA MATA, Plaintiff | § § | |
| V. | § § | CASE NO. B-04-092 |
| CAMERON COUNTY HEALTH DEPARTMENT, THE COUNTY OF CAMERON, Defendant | § § § | |

### ORDER ON DEFENDANT'S UNOPPOSED VERIFIED MOTION TO ENLARGE TIME TO FILE ITS ANSWER (WITH MEMORANDUM IN SUPPORT THEREOF).

ON THE 8th DAY OF JULY 2004, came on to be considered Defendant Cameron County Health Department, the County of Cameron's unopposed verified Motion to have this Court grant additional time to file an Answer to Plaintiff's Original Petition, as authorized by Fed. R. Civ. Proc. 6(b)(2004), and, having considered the same,

_____✓_____ GRANTS Defendant Cameron County Health Department, the County of Cameron's unopposed verified Motion and, therefore, ORDERS Defendant to file its Answer to Plaintiff's original Petition on or before 5:00 P.M., 16 July 2004,

for all of which let notice hereof issue to the parties' attorneys of record named herein below.

Signed for entry on July 12th 2004.

_____
JUDGE PRESIDING

C:\mata2.mot, 7/9/2004, 3:12 PM

C:	Richard O. Burst	David R. Joe
	CAMERON COUNTY'S	c/o Brewer Anthony Middlebrook
	COMMISSIONERS COURT	Burley & Dunn, P.C.
	CIVIL LEGAL DIVISION	1702 E. Tyler St., Ste. 1,
	964 East Harrison Street, Ste. 420	Harlingen TX. 78550
	Brownsville TX. 78520	Telephone: 956.428.5500
	Facsimile: 956.550.1348	Facsimile: 956.428.5518
	Defendant's Attorney of Record	Plaintiff's Attorney of Record

C:\mata2.mot, 7/9/2004, 3:10 PM