UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 4 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BELINDA MATA, Plaintiff | § |
| | § |
| V. | § CASE NO. B-04-092 |
| | § |
| CAMERON COUNTY HEALTH | § |
| DEPARTMENT, THE COUNTY OF | § |
| CAMERON, Defendant | § |

## DESIGNATION OF DEFENDANT'S ATTORNEY IN CHARGE

1. Defendant, designates Richard O. Burst as attorney in charge.

2. Richard O. Burst will be responsible for the suit and shall be the attorney to receive all communications from the court and other parties.

3. Notice of this designation has been provided to all other parties, according to Texas Rule of Civil Procedure 21a.

Respectfully submitted,

CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street
Brownsville, Texas 78520
Telephone: (956) 550-1345
Facsimile: (956) 550-1348

BY: _____
Richard O. Burst
Attorney In Charge
Texas State Bar No. 00785586
Federal Bar No. 15515

Dylbia L. Jefferies – Vega
Of Counsel
Texas State Bar #00786516
Federal Bar No. 17065

## CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Answer has been mailed, certified mail, return receipt requested, or faxed to the following on this 14th day of July, 2004:

David R. Joe
Brewer Anthony Middlebrook
Burley & Dunn, P.C.
1702 E. Tyler St., Ste. 1
Harlingen, Texas 78550

_____
Richard O. Burst