UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BELINDA MATA, Plaintiff | § § | |
| V. | § § | CASE NO. B-04-092 |
| CAMERON COUNTY HEALTH DEPARTMENT, THE COUNTY OF CAMERON, Defendant | § § § § | |

## CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

In compliance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Cameron County Health Department, the County of Cameron, served the following discovery:

1.  Defendant's Initial Disclosures Pursuant to Rule 26(a)(1)

This discovery, along with a copy of this Certificate of Written Discovery, was served on the party listed below by the means of service designated as follows on August 25, 2004:

David R. Joe
Brewer Anthony Middlebrook
Burley & Dunn, P.C.
1702 E. Tyler St., Ste. 1
Harlingen, Texas 78550

Respectfully submitted,

CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street
Brownsville, Texas 78520
Telephone: (956) 550-1345
Facsimile: (956) 550-1348

BY: _____
Richard O. Burst
Attorney In Charge
Texas State Bar No. 00785586
Federal Bar No. 15515

Dylbia L. Jefferies – Vega
Of Counsel
Texas State Bar No. 00786516
Federal Bar No. 17065

## CERTIFICATE OF SERVICE

      I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Certificate of Written Discovery has been mailed, certified mail, return receipt requested, or faxed to the following on this 25th day of August, 2004:

David R. Joe
Brewer Anthony Middlebrook
Burley & Dunn, P.c.
1702 E. Tyler St., St. 1
Harlingen, Texas 78550

                                                              Richard O. Burst