# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 08 / 30 / 04 |
| TIME | ___ a.m. — ___ a.m.<br>9:58 p.m. — 10:23 p.m. |
| CIVIL ACTION | B / 04 / 92 |
| STYLE | BELINDA MATA<br>*versus*<br>CAMERON COUNTY HEALTH DEPT., CAMERON |



United States District Court
Southern District of Texas
FILED

AUG 30 2004

Michael N. Milby, Clerk of Court

### DOCKET ENTRY

(HGT) ■Initial Pre-Trial Conference;       (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):     David R. Joe
Attorney(s) for Defendant(s):  Richard O. Burst
                                John Olson

---

Comments:

**Joe:** Pl worked for CC for approx two months: April 5, 2002 until June 4, 2002, when she was terminated. Pl worked as a communicable disease LVN. She worked on the processing vaccines and noting when they expire. She spoke with Judy Chase at the TX Dept of Health about how to process them correctly. When ER found out about contact w/ Judy Chase, Pl was terminated. Pl's counsel not sure of ballpark damage amount.

**Burst:** CC gave Pl a written reprimand, which is in her file, b/c she came in late. She was given a subsequent verbal warning. On June 4, she was terminated b/c of her lateness. Def will file a motion for summary judgment based on statute of limitations, and sovereign immunity, which is not waived by Sabine Pilot exception.

**General:** There is no whistleblower claim. Court raised issue of mediation, but did not order it at this point.