| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

BELINDA MATA §

vs. § Civil Action No. B- 04-92

CAMERON COUNTY TEXAS, ET AL §

United States District Court
Southern District of Texas
ENTERED
OCT 1 9 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3__ days.   ■ Bench   ☐ Jury

2. New parties must be joined by:   10/29/2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   11/29/2004

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   5/31/2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

****************************The Court will provide these dates****************************

6. Dispositive Motions will be filed by:   6/17/2005

7. Joint pretrial order is due:   8/10/2005

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   8/24/2005

9. Jury Selection is set for 9:00 a.m. on:   __N/A__
   *(The case will remain on standby until tried)*

Signed __October 19__, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge