IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

BELINDA MATA
    Plaintiff,

v.                            CIVIL ACTION NO. B-04--092

CAMERON COUNTY HEALTH DEPARTMENT,
THE COUNTY OF CAMERON
    Defendant.

## ORDER ON PLAINTIFF BELINDA MATA'S MOTION TO CHANGE THE SCHEDULING ORDER TO REFLECT A TRIAL BY JURY

On _____, 2005, this Court considered Plaintiff Belinda Mata's Motion to Change the Scheduling Order to Reflect a Trial by Jury. After considering the pleadings and the Motion, this Court:

_____ GRANTS Plaintiff's Motion and ORDERS a Jury Trial Setting forthwith.

OR

_____ Sets the Motion for a hearing on: _____.

OR

_____ Denies said Motion.

Signed on _____, 2005

Approved and Entry Requested:          JUDGE PRESIDING

*/s/ David R. Joe*
David R. Joe

**ORIGINAL**