**CERTIFIED COPY**

```
RUN DATE 04/14/05                                                    RDCCLDGR
RUN TIME 11:07 AM              CIVIL FEE LEDGER - CASE               PAGE: 01

Cause #    2004-05-002555-D                              DATE FILED 05/12
Style      BELINDA MATA                                      #Pla 001
     vs CAMERON CO HEALTH DEPARTMENT THE COUNTY OF CAMERON   #Def 002
Case type 10   Cause of action WRONGFUL TERMINATION
Comment                                        Case status DISP    Jury N
-------------------------------------------------------------------------------
FEE SHEET 01 OF 01

006930 BREWER ANTHONY MIDDLEBROOK                   COSTS
                                                  INCURRED  DEPOSITS  REFUNDS   CREDIT
  05/12/04 R# 2004003707      CK# 1333   DAVID R JOE          233.00
           CAT:   DP
  05/12/04 CLERK'S FILING FEE                        50.00
  05/12/04 JUDICIAL FUND                             40.00
  05/12/04 STENOGRAPHER'S FEE                        15.00
  05/12/04 SECURITY FEE                               5.00
  05/12/04 RECORDS MANAGEMENT FEE                     5.00
  05/12/04 RECORDS MGT. FEE (DIST.)                   5.00
  05/12/04 COPY FEE                                  10.00
  05/12/04 INDIGENT LEGAL SERV. FEE                  10.00
  05/12/04 AJSF FEE                                   5.00
  05/12/04 COUNTY LAW LIBRARY                        35.00
  05/12/04 CITATION                                   8.00
  05/19/04 CN2 ABEL PEREZ JR.                        45.00
                                                  --------  --------  --------  --------
                                                    233.00    233.00       .00       .00

                                  FIRM BALANCE         .00                             *
-------------------------------------------------------------------------------
                                                    233.00    233.00       .00       .00

                                  CASE BALANCE        .00                            **
===============================================================================
```



A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY TEXAS
DATE 4/14/05
BY Maria de Jesus Garcia
       DEPUTY