UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BELINDA MATA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. B-04-092 |
| | ) | |
| CAMERON COUNTY HEALTH | ) | |
| DEPARTMENT, CAMERON COUNTY, | ) | |
|     Defendant. | ) | |

ORDER DENYING PLAINTIFF'S MOTION
FOR JURY TRIAL

The Court having before it Plaintiff Belinda Mata's Motion To Change The Scheduling Order To Reflect A Trial By Jury Under Federal Rules Of Civil Procedure 38, 39, and 81 (Docket No. 14), and Defendant's Response, FINDS that Plaintiff's Motion should be denied.

IT IS SO ORDERED.

SIGNED, this _____ day of _____, 2005.


_____
Judge Presiding