# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

BELINDA MATA,                          )
    Plaintiff,                         )
                                       )
v.                                     )          CASE NO. B-04-092
                                       )
CAMERON COUNTY HEALTH                  )
DEPARTMENT, CAMERON COUNTY,            )
    Defendant.                         )

### AFFIDAVIT OF ESMERALDA GUAJARDO

STATE OF TEXAS
COUNTY OF CAMERON

Before me, the undersigned notary public, on this day personally appeared Esmeralda Guajardo, who is known to me, and first being duly sworn on her oath said:

1.      My name is Esmeralda Guajardo. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.      I am the Assistant Health Administrator of the Cameron County Department of Health and Human Services. As part of my duties I was the administrative supervisor of Belinda Mata, the Plaintiff.

3.      Attached is a copy of a written warning notice dated April 18, 2002, which was placed in Belinda Mata's file by me. It is a warning to Belinda Mata based on not appearing for work on April 16th and not reporting to me until approximately 9:30 a.m. This warning was made and kept in the course of a regularly conducted business activity. It was the regular practice of the business activity to make the employee warning. The warning was made at or near the time of the event that it records. And, the warning was made by me in the regular course of business. My signature appears at the bottom of the Warning over "Signature of Assistant Health Administrator.

4.      Attached is a copy of a verbal warning documentation dated April 24, 2002, which was placed in Belinda Mata's file by me. It is a warning to Belinda Mata for not appearing for work on April 23, 2002, and not reporting to me until I called her at approximately 8:45 a.m., and then she did not report for work at all. This warning was made and kept in the course of a regularly conducted business activity. It was the regular practice of the business activity to make the employee warning. The warning was made at or near the time of the event that it records. And,

1

the warning was made by me acting in the regular course of business. My signature appears at the bottom of the documentation over my signature block.

5.      On April 18th, I provided Belinda Mata my cellular numbers for both work and personal phones. I specifically advised her to telephone me to notify me of any intended absence or tardiness. I told her if necessary she could contact me the night before and let me know about the possibility of her absence/tardiness.

6.      On April 23th, Belinda Mata did not appear at work and did not report her absence until approximately 8:45 a.m. when I called her on the cell phone. She stated she would be in at 10:00 a.m.. She failed to report to work at 10:00 and we did not hear from her until 1:08 p.m. when I received a message from another employee that Belinda Mata had called a few minutes earlier and she had stated that she would not be coming to work.

7.      Because this was the second failure to report incident in less than one month on the job the Health Administrator, Yvette Salinas, recommended terminating Belinda's employment. In fact the Health Administrator had prepared a letter of termination for me to deliver to Belinda. But, after additional discussion with the Health Administrator, it was decided to give Belinda one more chance.

8.      Martha Canas, the Office Manager, and I met with Belinda Mata to counsel with her concerning this incident. I told her that April 23rd was her second incident in which she failed to call in to inform that she would be late or absent. She was told that if a third incident was to occur, she would be terminated. I explained to Belinda that her position requires contact with the Texas Department of Health and other offices that operate during standard working hours of 8:00 a.m. to 5:00 p.m. and that she needed to work those hours to accommodate them as well.

9.      Belinda Mata had been issued a County cell phone and she was provided my cell phone numbers and home phone numbers.

10.     On June 4, 2002, Belinda Mata, left a note on the front door that she would be late for work. She did not telephone me, even though I had twice counseled with her for failure to call me, and had given her my cell phone and home phone numbers.

        Further affiant saith not.

                                        _Esmeralda Guajardo_
                                        Esmeralda Guajardo

        BEFORE ME, the undersigned notary public, on this day personally appeared Esmeralda Guajardo, who, being first by me duly sworn, upon her oath deposed and said that she is the affiant that she has read the foregoing document and that the statements contained therein are within her personal knowledge and are true and correct, and I personally know or have verified the identity of the affiant by a current identification card or other document used by a state or

2

federal government containing a photograph and the signature of the affiant.

SUBSCRIBED AND SWORN TO before me on this *17th* day of May, 2005, by the affiant.

IRENE GUERRA
Notary Public, State of Texas
My Commission Expires
OCT. 27, 2008

Notary Public
in and for the State of Texas

Commission expires: *10/27/08*

[seal]

3

# CAMERON COUNTY
## WARNING NOTICE

Belinda Mata _____    April 18, 2002__
    (NAME                                              (DATE)

1.  (X)  Unreported Absence          10.  ( )  Reporting Under the
                                              Influence of Alcohol

2.  ( )  Tardiness                   11.  ( )  Violation of Rules

3.  ( )  Drinking on Duty            12.  ( )  Defective Improper
                                              Work

4.  ( )  Insubordination             13.  ( )  Carelessness

5.  ( )  Dishonesty                  14.  ( )  Destruction of
                                              Property

6.  ( )  Failure to Obey Orders      15.  ( )  Other

7.  ( )  Fighting on Premises

8.  ( )  Leaving Without Permission

9.  ( )  Improper Conduct


**REMARKS:**          (Set forth all facts in detail)
On April 16, 2002, Ms. Mata did not appear at work and did not report her absence until approximately 9:30 a.m. As per Ms. Mata, her intentions were not to abandon her work responsibilities without notice; however, she did attempt to call me on the cell phone and did leave a message prior to her medication affecting her ability to stay awake. Ms. Mata was then not able to report to work until she awoke at approximately 9:30 a.m.

**GOAL:**
As this incident occurred within Ms. Mata's first month of employment with the Health Department, she was not familiar with the telephone numbers in order to contact a Health Department employee. During the conference with her on April 18, 2002, I provided Ms. Mata my cellular numbers of both my work and personal phones. I reminded Ms. Mata of the need to telephone me to notify me of any intended absence or tardiness. If necessary, I informed Ms. Mata she could also contact me the night before and let me know about the possibility of her absence/tardiness. Ms. Mata apologized for the confusion and stated she understands the policy and procedure if she does need to call in.

_____
Signature of Assistant Health Administrator

I have read this Report:  _____ 4/25/02
                          (Signature of Employee

The above has been noted and is made a part of the above employee's record, as of this date.

000002