# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BELINDA MATA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. B-04-092 |
| | ) | |
| CAMERON COUNTY HEALTH | ) | |
| DEPARTMENT, CAMERON COUNTY, | ) | |
|     Defendant. | ) | |

AFFIDAVIT OF MANUEL VILLARREAL

STATE OF TEXAS
COUNTY OF CAMERON

Before me, the undersigned notary public, on this day personally appeared Manuel Villarreal, who is known to me, and first being duly sworn on his oath said:

1.      My name is Manuel Villarreal. I am competent to make this affidavit. The facts stated in this affidavit are withing my personal knowledge and are true and correct.

2.      I am the Director of the Human Resources Department for Cameron County, Texas. I have been the Director continuously since December 15, 1997. As Director I am a custodian of the records of the Human Resources Department.

3.      Attached is a copy of the Personnel Policies Manual of Cameron County, Texas that was in effect on June 4, 2002. This manual was adopted, and from time to time revised by the Cameron County Commissioners Court and is kept in the course of a regularly conducted County activity. It was the regular practice of the Cameron County Commissioners Court's activity to adopt and to revise the manual. The manual was adopted or revised by the Cameron County Commissioners Court at or near the time of the revision dates shown on the manual cover page. And, the manual was made by, or from information transmitted by the Cameron County Commissioners Court during their meetings, acting in the regular course of County business.

4.      Sections 12.01 and 12.02 of the Personnel Policies Manual were not changed in the May 21, 2002 revision, and contained the same wording during the months of April, May and June of 2002.

5.      As Director of Human Resources I maintain the Personnel Policies Manual of Cameron County, Texas, as adopted and, from time to time, revised by the Cameron County Commissioners Court. At the time each new employee of any department of Cameron County is enrolled as a County employee, the new employee receives and signs for a copy of the current

Personnel Policies Manual.

   Further affiant saith not.



Manuel Villarreal

   BEFORE ME, the undersigned notary public, on this day personally appeared Manuel Villarreal, who, being first by me duly sworn, upon his oath deposed and said that he is the affiant that he has read the foregoing document and that the statements contained therein are within his personal knowledge and are true and correct, and I personally know or have verified the identity of the affiant by a current identification card or other document used by a state or federal government containing a photograph and the signature of the affiant.

   SUBSCRIBED AND SWORN TO before me on this _6th_ day of June, 2005, by the affiant.

IRENE GUERRA
Notary Public, State of Texas
My Commission Expires
OCT. 27, 2008

Notary Public
in and for the State of Texas

Commission expires: _10/27/08_

[seal]

# PERSONNEL POLICIES MANUAL

## OF

## CAMERON COUNTY, TEXAS

**The Personnel Policies Manual is not intended to create any contractual or other legal rights, but is designed solely as a guide. Periodically, this Manual may be revised and updated.**

**Adopted by the Cameron County Commissioners Court**

**October 1, 1984**

**Revisions approved on the following dates:**

**October 1, 1986
April 17, 1989
March 5, 1990
May 28, 1991
December 9, 1991
February 10, 1992
August 10, 1992
August 10, 1993
November 2, 1999
May 21, 2002**

6.00   WORK SCHEDULE AND TIME REPORTING............. 14

    6.01   Administrative Workweek................ 14
    6.02   Schedule Adjustments by Department
          Heads................................. 14

    6.03   Official Closings of County Offices.... 14
    6.04   Number of Hours Worked................ 15
    6.05   Overtime and Compensatory Time......... 15

7.00   EMPLOYEE COMPENSATION AND ADVANCEMENT.....   17

    7.01   Pay Period............................ 17
    7.02   Payroll Deductions.................... 17
    7.03   Pay Plan.............................. 17
    7.04   Promotions............................ 18
    7.05   Lateral Transfers..................... 18
    7.06   Demotions............................. 18
    7.07   Approved Authority.................... 18
    7.08   Prior Service with County............. 19
    7.09   Calculation of Termination Pay......... 19

8.00   SUMMARY OF EMPLOYEE BENEFITS................. 20

    8.01   Medical............................... 20
    8.02   Social Security....................... 20
    8.03   Retirement Plan....................... 20
    8.04   Worker's Compensation................. 21
    8.05   Unemployment Insurance................ 22
    8.06   Vacation Time......................... 22

9.00   LEAVE AND HOLIDAYS.......................... 23

    9.01   Definitions........................... 23
    9.02   Approval of Leave..................... 23
    9.03   Vacation Leave........................ 23
    9.04   Sick Leave............................ 25
    9.05   Military Leave........................ 26
    9.06   Citizenship Leave..................... 27
    9.07   Leave of Absence for Non-medical
          Reasons.............................. 27
    9.08   Leave of Absence for Family and
          Medical Reasons...................... 27
    9.09   Using Leave in Combination............ 30
    9.10   Holidays.............................. 31
    9.11   Leave and Holiday Records............. 32
    9.12   Funeral Leave......................... 32
    9.13   Other Time............................ 32

**CAMERON COUNTY PERSONNEL POLICIES**

**1.00 INTRODUCTION**

**1.01 CAMERON COUNTY**

Cameron County's governmental organization is established by the Constitution of the State of Texas and by the State Statutes. Its operations are governed by state and federal law and by actions of the Commissioners Court.

The Commissioners Court consists of four County Commissioners, each elected by the voters of a Commissioner's precinct, and the County Judge, elected by all of the voters of the County. The Commissioners Court is the policy making body of the County.

County operations are conducted through departments each administered by an elected official or appointed Department Head.

**1.02 AUTHORITY**

These policies are established by the Commissioners Court of Cameron County. They replace all previously approved policies to the extent of any conflict. Amended, revised, or new policies must be approved by the Commissioners Court.

The personnel policies hereby adopted are contingent upon available funds in each County department's budget and in the general Cameron County operating budget.

**1.03 RESPONSIBILITY FOR IMPLEMENTATION OF PERSONNEL POLICIES**

Each Department Head, elected or appointed, is responsible for the administration of the personnel policies within their department and may issue detailed departmental operating procedures to implement these adopted policies as long as they are consistent with these policies.

**1.04 PURPOSE**

These policies set forth the primary rules governing employment with Cameron County. The policies contained here inform employees of the benefits and obligations of employment with the County. They have been prepared and adopted in order to promote consistent, equitable, and effective practices which will result in high quality public service by both employees and supervisors.

Receipt of the Personnel Policies Handbook by the employee does not constitute any type of employment agreement or contract with the County.

**1.05 APPLICABILITY OF PERSONNEL POLICIES**

The personnel policies apply equally to all employees and officials of the County unless a class of employees is specifically exempted. In cases where federal law or regulation supercedes local policy for specific groups of employees, such laws or regulations will substitute for these personnel policies only insofar as necessary to comply. Elected officials are personally exempt from the personnel policies but must abide by the personnel policies in the administration of their Departments.

**1.06 DISSEMINATION OF PERSONNEL POLICIES**

The County Personnel Administrator shall maintain complete sets of the Personnel Policies with all revisions for reference purposes. The County Personnel Administrator or a designee shall provide each employee with a copy of the Employee Handbook and information about any revisions, and shall provide each department head with a copy of the Personnel Policies Manual.

Each department head, elected or appointed, and each employee shall acknowledge receipt in writing of a copy of the Personnel Policies Manual or Handbook.

**1.07 COMMUNICATION**

Employees are encouraged to make constructive suggestions for improvements in these policies or in work procedures or conditions to their immediate supervisors or department heads.

2

2.  accept employment or compensation that might reasonably induce him or her to disclose confidential information acquired in the performance of job duties;

3.  accept outside employment or compensation that might reasonably tend to impair independence of judgment in performance of duties for the County.

4.  make any personal investment that might reasonably be expected to create a substantial conflict between the employee's private interest and duties for the County; or

5.  solicit, accept, or agree to accept a financial benefit from another person in exchange for having performed duties as a County employee in favor of that person.

## 2.05 POLITICAL ACTIVITY

Employees of Cameron County are encouraged to vote and to exercise other prerogatives of Citizenship consistent with state and federal law and these policies.

A County employee may not:

1.  Use his or her official authority or influence to interfere with or affect the result of an election or nomination for office. The wearing of buttons or display of other advertising on the employee during working hours is prohibited when the employee is dealing with the public, and when in the course of dealing with the public it unreasonably disrupts the smooth operation of the department.

2.  Directly or indirectly coerce, attempt to coerce, command, or advise a state or county official or employee to pay, lend, or contribute anything of value to a party, committee, organization, agency or person for political purpose.

A county employee, other than an elected official, may not be a candidate for elective office in a partisan election in those circumstances where this would create a conflict of interest or incompatible situation. A partisan election is an election in which candidates are to be nominated or elected to represent a party whose candidates for presidential electors received votes in the last preceding election at which presidential electors were selected.

4

## 3.00 EMPLOYMENT STANDARDS AND PRACTICES

### 3.01 EQUAL EMPLOYMENT OPPORTUNITY

Cameron County is committed to providing equal employment opportunity without regard to race, color, religion, national origin, sex, age, handicap or veteran's status, as required by state and federal laws. The County's commitment extends to all employment-related decisions and terms and conditions of employment.

### 3.02 SEXUAL HARASSMENT

Cameron County strictly prohibits any conduct which constitutes sexual harassment. Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, and any other conduct of a sexual nature (including sexually explicit language, jokes, etc.) when:

1. The employee must submit to the offensive conduct as an explicit or implicit condition of employment.

2. The employee rejects advances and risks losing a job, promotion, privileges, or benefits; whereas, the employee who submits gains favors and advantages.

3. The employee's job performance is interfered with as a result of the offensive behavior, or the work atmosphere becomes hostile or intimidating.

It is the responsibility of Cameron County management staff to create an atmosphere free of sexual harassment. It is the responsibility of each employee to respect the rights of fellow employees. For purposes of interpretation and application of this policy, the following forms of sexual harassment are set forth:

1. overt physical: the employee is subjected to actual touching or objectionable conduct.

2. overt non-physical: the employee is approached with the suggestion of sexual relations, along with stated or suggested adverse job consequences that would result from rejection of the advances.

be given a reasonable time for one or the other to secure another position, either within the County in another department, or outside County government. For purposes of this policy, a reasonable time will not normally exceed two months. If the two parties cannot decide which of them will forfeit his or her job, the party with the least seniority will be terminated.

**NEPOTISM CHART**



## 4.00 RECRUITMENT AND SELECTION

### 4.01 GENERAL POLICY

Each department head, elected or appointed, is responsible for the selection and tenure of his or her employees within budget and numerical limits set by the Commissioners Court. Personnel budgets and authorized numbers of positions are established by the county budget and salary schedules, and amendments thereto, as approved by the Commissioners Court.

### 4.02 VACANCIES

Employee vacancies in county departments are filled on the basis of merit, whether by promotion from within or by initial appointment. Selections of the persons best matched to fill the vacancies are made only on the basis of occupational qualifications and job related factors such as skill, knowledge, education, experience, and ability to perform the specific job.

### 4.03 QUALIFICATIONS

Cameron County maintains a job description which establishes for each staff position the required knowledge, skills, and abilities and the acceptable levels of experience and training for the position. The job description sets forth the minimum acceptable qualifications to fill the position.

Cameron County will make a reasonable effort to accommodate job applicants and employees who have disabilities.

### 4.04 METHODS OF RECRUITMENT AND SELECTION

Cameron County has four methods of recruiting and selecting persons to fill vacancies. They are as follows:

1.   promotion from within;

2.   lateral transfer from within;

3.   public announcements and competitive consideration of applications for employment, and

4.   selection from a valid current eligibility list.

## 5.00 TYPES OF EMPLOYMENT

### 5.01 CATEGORIES

There are three categories of employment with Cameron County:

Regular Full-time.  A regular full-time employee is employed to hold an authorized position that involves, on the average, at least forty (40) hours per week.

Regular Part-time.  A regular part-time employee is employed to hold an authorized position that involves, on the average, fewer than forty (40) hours per week, but no less than eighteen (18) hours per week.

Temporary.  A temporary employee is an employee hired to complete a specific project within a specified period of time.  Temporary employees may be full time or part time.

**There is no tenure or permanent lifetime employment or appointment for Cameron County employees.  All employees are subject to periodic performance review and evaluation at least once a year in accordance with the Personnel Policies.**

### 5.02 PROBATION

In order to become a regular employee, each employee must complete a probationary period of six months following initial employment or reemployment in a regular budgeted position.  The probationary period may be extended by the Department Head for a period of up to an additional six months.

The Department head may immediately terminate an employee at any time during the probationary period.  After completing the probationary period, the employee will be subject to periodic performance evaluations at least once a year.

**There is no tenure or permanent lifetime employment or appointment with the County.**

### 5.03 ASSIGNED STAFF

Staff who are assigned to the County for supervision but who are directly paid by another government or private

## 6.00 WORK SCHEDULE AND TIME REPORTING

### 6.01 ADMINISTRATIVE WORKWEEK

The normal work schedule for  County employees is from 8:00 a.m. to 5:00 p.m., Monday through Friday, with a one (1) one hour unpaid lunch period, for a total of forty (40) hours per work period, excluding Law Enforcement Personnel.  The normal work schedule for Law Enforcement Personnel shall be determined in accordance with designated schedules totaling 171  hours per 28 day work period.

Employees must report punctually for duty at their place of work;  work their established work schedule as determined by their Department;  take a one (1) hour unpaid meal period, and  take two (2) fifteen (15) minute paid rest breaks, one in the morning and one in the afternoon.

Department Heads or Supervisors have the right to set the times for meals and rest breaks taken by  employees in their Departments.

### 6.02 SCHEDULE ADJUSTMENTS BY DEPARTMENT HEADS

Adjustments to the regular hours of operation may be made by a Department Head in order to better serve the public or to meet  requirements  for  continuous  services  related  to  the protection of public health and safety.

Offices may remain open during the noon hour, and lunch periods may be staggered according to the requirements of the office and the decisions of the Department Head.

### 6.03 OFFICIAL CLOSINGS OF COUNTY OFFICES

County offices may be closed at any time during the regular work week only by order of the Commissioners Court or the County Judge  for  reasons  such  as  bad weather  or  funeral services for county officials.  Worktime lost by employees due to official closings of county offices  will be charged to "other time", unless the employee was already on some other type of leave, e.g.,  vacation, sick leave, etc., in which case that particular leave status remains in effect.

14

**Transfer Employees**.   An employee who is transferred from one department will be allowed to transfer his or her compensatory time if the new Department Head is in agreement, or will be permitted to use all accumulated compensatory time prior to the transfer.

## 7.04 PROMOTIONS

Promotions are changes in the duty assignment of an employee from a position in one classification to a position in another classification in a higher pay group. A promotion recognizes advancement to a higher position requiring higher qualifications and involving greater responsibility.

A promoted employee will receive a salary increase.

Promotions are approved by the department head within the staffing pattern and budget limits approved by the Commissioners Court.

Upon promotion, an employee is probationary in the new position for a period of six months from the date of the written approval of the promotion, unless extended by the department head for an additional period of up to six months.

## 7.05 LATERAL TRANSFERS

Lateral transfers are movements of an employee between positions in the same pay group. Lateral transfers may be made within the same department or among other departments of the County with the approval of the Department Heads.

## 7.06 DEMOTIONS

A demotion is a change of duty assignment of an employee from a position in one classification to a position in another classification in a lower pay group. Demotions may be made for the purpose of voluntary assumption of a less responsible position, as a disciplinary measure because of unsatisfactory performance in a higher position, or as a result of elimination of the higher positions.

## 7.07 APPROVING AUTHORITY

The Department Head is the approving authority for all departmental payrolls and for any pay increases, decreases, or payroll transfers granted under the terms of these policies, or the annual budget and salary schedules.

## 8.00 SUMMARY OF EMPLOYEE BENEFITS

### 8.01 MEDICAL

Cameron County provides group health and life insurance coverage for regular employees who work more than nine-hundred (900) hours a year. Premiums for employees are paid in full by the County. Group coverage will commence the 1st of the month following a thirty (30) day grace period after the date of employment. An eligible employee may add dependent coverage for his or her family members to any such plan at his or her expense. This coverage will become effective in accordance with the group policy provisions. All premiums for dependent coverage shall be deducted and remitted to the insurance company on a prepaid basis.

**Upon termination of Cameron County employment, employees currently receiving group insurance may be eligible for continuation of group insurance for a period of time, at their expense, pursuant to the CONSOLIDATED OMNIBUS BUDGET RECONCILIATION ACT OF 1985 (COBRA), FEDERAL LEGISLATION.**

### 8.02 SOCIAL SECURITY

All employees of Cameron County are covered by Social Security. The County matches each employee's contribution to the Social Security System dollar for dollar.

### 8.03 RETIREMENT PLAN

Cameron County participates in the Texas County and District Retirement System. The County contributes an amount equal to seven percent of the employee's pay to the retirement fund to match a seven percent contribution that the employee makes. Mandatory participation in the Retirement plan is required by state law for regular employees who work more than nine-hundred (900) hours a year. Regular retirement benefits and disability retirement benefits are available to retirement system members.

Terminated Employees. A member who ceases to be employed by Cameron County except by death or retirement, shall upon application, be paid in full the amount plus interest that he or she has contributed to the system.

## 8.05 UNEMPLOYMENT INSURANCE

All employees of the County are covered under the Texas Unemployment Compensation Insurance Program and the County pays this tax.

## 8.06 VACATION TIME

Cameron County employees are eligible for vacation leave as set forth in Section 9.03.

22

With the exception of first year employees whose probationary period extends beyond the fiscal year of hire, employees are required to use their full vacation allowance before the end of the fiscal year, or the vacation time is lost.

Employees are not eligible to take vacation leave during the six (6) month probationary period.

Upon completion of the six (6) month probationary period, a regular, full-time employee may take vacation leave in accordance with the table on the preceding page at any time during the fiscal year, subject to the Department Head's approval.

An employee whose six (6) month probationary period extends beyond the fiscal year of hire may take vacation leave the subsequent fiscal year, prorated according to the number of months worked in the fiscal year of hire. **The vacation time for said previous fiscal year must be taken within three months after the end of the probationary period.**

**In the event that an employee is unable to take vacation leave prior to the end of the fiscal year because the request for vacation leave is denied by the Department Head due to scheduling problems or other needs of the Department, the employee is entitled to a grace period during the first three (3) months of the next fiscal year.** The vacation leave will be reflected in the records for the previous fiscal year, and must be taken by the end of the calendar year, i.e. December 31st.

Regular part-time employees are eligible for vacation leave according to the table on the preceding page in proportion to the number of hours worked in a forty (40) hour week.

Employees who are transferred from one department to another will be transferred with accumulated vacation time, provided the new department is in agreement, or will be permitted to take all vacation time prior to the transfer.

Vacation leave to be taken by an employee shall be in the amounts and at the times approved by the Department Head. Department Heads shall schedule vacation leaves in the manner least disruptive to the operations of the department. Seniority will be used as the basis for resolving any conflict among vacation dates requested by employees within a department.



**Accrual of Sick Leave.** Regular full-time employees accrue sick leave benefits at the rate of eight hours per month beginning at the date of employment, but not to exceed more than ten (10) days per year. Regular part-time employees accrue sick leave benefits based upon the proportion of the time worked to a forty (40) hour workweek.

**Accumulation of Sick Leave.** Sick leave not used during the year in which it accrues, accumulates and is available for use in succeeding years. **The maximum allowable accumulation of sick leave is sixty (60) days.**

**Exhaustion of Sick Leave. An employee who has exhausted earned sick leave benefits may request a leave of absence without pay for a period not to exceed sixty (60) days.**

No advance of unearned sick leave benefits will be made except in the case of absence due to bona fide on-the-job injuries that are covered by worker's compensation benefits.

**Cancellation Upon Termination.** Unused sick leave is cancelled upon termination of employment without compensation to the employee.

**9.05  MILITARY LEAVE**

Regular employees of the County who are members of the State Military Forces or members of any of the Reserve Components of the Armed Forces of the United States are entitled to leave of absence from their duties, without loss of time or efficiency rating or vacation time or salary, on all days during which they are engaged in authorized training or duty ordered by proper authority, for a period not to exceed fifteen (15) days in any one calendar year. Requests for approval for military leave must have copies of the relevant military orders attached. Military leave in excess of fifteen (15) days will be charged to vacation leave or leave without pay.

Regular employees of the County who enter active duty with the State Military Forces or with the Armed Forces of the United States are entitled to be restored to employment subject to the provisions of the law upon honorable release from active duty.

Leave of Absence for family and medical reasons is an absence from duty in a paid or unpaid status or combination thereof. Employees on leave of absence for family and medical reasons receive no compensation and accrue no benefits, such as vacation and sick leave, unless said leave is in a paid status. However, employees on leave of absence for family and medical reasons, whether in a paid or unpaid status, shall retain coverage under the County's group health insurance plan, assuming said coverage would have been provided if the employee had continued working.

Leave of absence for family and medical reasons may be extended beyond 60 work days by action of the Commissioners Court, provided there is a reasonable expectation that the employee will return to work.

### REASONS FOR LEAVE OF ABSENCE

A leave of absence for family and medical reasons is appropriate for one or more of the following reasons:

1. Because of the birth of a son or daughter of the employee and in order to care for such son or daughter;

2. Because of the placement of a son or daughter with the employee for adoption or foster care;

3. In order to care for the spouse, or a son, daughter, or parent, of the employee, if such spouse, son, daughter, or parent has a serious health condition; and

4. Because of a serious health condition that makes the employee unable to perform the functions of the position of such employee.

Entitlement to leave under Reasons 1. and 2. above, for a birth or placement of a son or daughter, shall expire at the end of the 12-month period beginning on the date of such birth or placement.

In the event a husband and wife are both entitled to leave, under the Reasons 1. and 2. above, and both are employed by the County, the aggregate number of work days of leave to which both are entitled shall be limited to 60 work days, during any 12-month period. This limitation shall also apply to leave for the care of a parent with a serious health condition, as stated in Reason 3.

28

## EMPLOYEE ELIGIBILITY

To be eligible for an absence of leave for family and medical reasons an employee must have worked for the County for at least twelve (12) months and not fewer than 1,250 hours over the immediate twelve (12) months preceeding the leave request.

## REQUIRED NOTICE AND CERTIFICATION

To be granted an absence of leave for family and medical reasons an employee must provide thirty (30) days advance notice when the leave is forseeable based on expected medical treatment.  If the date of such treatment requires leave to begin in less than thirty (30) days, the employee shall provide such notice as soon as practical.

The Department Head may require medical certification to support a leave request.  A copy of the required certification form shall be made available by the County and shall be completed by the employee's health care provider.

## INTERMITTENT LEAVE

An employee may take leave of absence for family and medical reasons intermittently or by working a reduced leave schedule to reduce the number of work hours per day or work week. Intermittent or reduced leave schedules are subject to approval by the Department Head, unless medically necessary and medically certified.

In the case of a planned or forseeable intermittent leave request, the Department Head may allow an employee to temporarily transfer to an alternate position, for which the employee is qualified, if such a position is available.  In general, intermittent leave shall not be applicable to Reasons 1. and 2. above unless both the employee and Department Head otherwise agree.

## RETURN FROM LEAVE

Upon return from leave of absence for family and medical reasons, an employee shall be restored to his or her original or equivalent position with equal pay, benefits, and applicable employment terms.  However, upon return from leave for the employee's own serious health condition, the Department Head may require a "fitness-for-duty" certification from the employee.  The required

With the approval of an employee's supervisor and the department head, other types of leave and holidays can be used in any combination if it is determined to be in the best interest of the County and the employee.

## 9.10 HOLIDAYS

Prior to the start of the fiscal year, the Commissioners Court will adopt the Holiday Schedule for that year. Holidays can be changed from year to year by vote of the Commissioners Court.

The following days are generally observed as paid holidays for regular County employees:

| | |
|---|---|
| . New Year's Day | January 1 |
| . Washington's Birthday | February, on date according to National Observance |
| . Good Friday | Friday before Easter |
| . Memorial Day | May, on date according to National Observance |
| . Independence Day | July 4 |
| . Labor Day | 1st Monday in September |
| . Veteran's Day | November 11 |
| . Thanksgiving | 4th Thursday and Friday in November |
| . Christmas | December 24 and 25 |

In the event that a holiday falls on Saturday, County offices will be closed the preceding Friday. When a holiday falls on Sunday, County offices will be closed the following Monday.

Employees whose regular day off falls on a holiday or who are required to work on a holiday will be provided an alternate day off.

31

**9.12  FUNERAL LEAVE**



**IMMEDIATE FAMILY**
FIGURE 1.

2.  Beginning on the eighth day and for any days thereafter
    that the said employee receives payments from the
    insurance carrier in accordance with the Texas Worker's
    Compensation Law, the said employee may use up to twenty
    (20) days earned sick leave or whatever vacation leave
    has been earned to provide compensation above the
    insurance payment (i.e. two-thirds of employee salary),
    but not to exceed an amount equal to the employee's
    regular salary, or he or she may request unpaid leave of
    absence.  For every day that an employee elects to use
    compensable leave (sick leave, vacation leave and
    compensatory time), the Department Head will deduct the
    appropriate leave category by one-third day.

3.  Since said employee is unable and unfit to perform the
    duties of his or her job, and thus, is not working for
    the County, the said employee, to the extent and for the
    time said employee is unfit and unable to work, will be
    compensated by those benefits required by law and
    provided by the County's insurance carrier. **The said
    employee will not be paid any type of supplement in
    addition to such benefits, including payments which, when
    added to such benefits, would exceed the employee's
    regular salary.**  However, during the period of disability
    (i.e., the period that said employee is unfit for duty
    and unable to perform such duties), the employee shall
    receive all other employee benefits, including insurance
    coverage, to which he or she would be entitled had there
    been no on-the-job injury.

**Medical Attention.**  A County employee who sustains a bona
fide on-the-job injury may seek medical attention from the
medical facility or professional of his or her choice.  The
County requires periodic statements of medical condition,
which may include completion of the Work Capacity Form and a
copy of a release to return to work (from the attending
physician).

**Discharge.**  No County employee shall be discharged or
otherwise discriminated against because said employee has in
good faith filed a claim under the Texas Worker's
Compensation Law.  However, this provision in no way
precludes a discharge or disciplinary action for another
legitimate reason.

34



action up to and including termination of that employee or require that employee to participate and satisfactorily complete a drug or alcohol abuse assistance or rehabilitation program approved by the County Health Department or the Texas Department of Health and Mental Retardation. Once an employee is enrolled in a substance abuse rehabilitation program, he or she is protected from termination because of substance abuse, as long as the employee remains substance free.

2. Supervisors and department heads shall initiate appropriate personnel action after review by the County Attorney's Office, up to and including termination for a first criminal offense of any employee who is found to use, procure, manufacture, distribute, sell, dispense or possess illegal drugs, or to use alcohol when its effects remain during job performance.

   Disciplinary action is not required for an employee who voluntarily identifies himself/herself as a user of illegal drugs prior to being identified through other means and who obtains counseling and/or rehabilitation and thereafter refrains from using illegal drugs in accordance with the provisions of this policy.

3. Supervisors and department heads shall not allow any employee to remain on duty in a sensitive position such as law enforcement, medical, or safety related position, if that employee is found to use, manufacture, distribute, procure, sell, dispense or possess illegal drugs or is found to use alcohol when its effects will remain during job performance, unless that employee has successfully completed a rehabilitation or counseling program. An employee that successfully completes a rehabilitation or counseling program may be allowed to return to duty in a sensitive position, if it is determined that this action would not pose a danger to public health or safety.

4. Supervisors and department heads shall initiate personnel action to remove from employment any employee who is known to use illegal drugs, or use alcohol when its effects remain during job performance, and that employee:

   * Refuses to obtain counseling or rehabilitation through a program approved by the County; or

   * Does not refrain from using illegal drugs or using alcohol when its effects remain during job performance after having obtained counseling or rehabilitation.

## Drug Testing

1. Any employee who is subjected to disciplinary action because that employee is found to be in noncompliance with the County's drug and alcohol abuse policy may voluntarily request that an appropriate drug test be performed. If that employee requests a drug test, the County shall pay for the test. If alcohol use is suspected, the test may be a breathalyzer, urinalysis, or blood test. If illegal drug use is suspected, the test must be done by a certified laboratory and may be an immunoassay or a gas chromatograph-mass spectrometer test, both of which are based on a urine sample.

2. The County shall comply with all constitutional federal and state laws that require employees to submit to drug tests, but will not extend mandatory drug testing of County employees beyond the requirements of these laws.

## Adoption and Dissemination of Policy

This policy was adopted by the Cameron County Commissioners Court on May 28, 1991. The policy shall be incorporated in to Section 10.00 of the County's current **Personnel Policies Manual**, dealing with "Health and Safety," and shall be given and explained to all County employees. Each County employee shall be required to execute a statement of receipt, acknowledgment and understanding of the policy.

## 12.00 DISCIPLINE

### 12.01 REASONS FOR DISCIPLINARY ACTION

Disciplinary action may be taken against an employee for various reasons, which include but are not limited to the following examples:

- Insubordination, i.e., willful disregard of a job assignment;

- Absence without leave, including failure to notify a supervisor of sick leave and repeated tardiness or early departure;

- Endangering the safety of other persons through negligent or willful acts, e.g., horseplay, reckless use of County vehicles or equipment, etc.;

- Unauthorized use or misuse of public funds or property, i.e., theft; misuse of vehicles, equipment, etc.;

- Conviction of a felony;

- Conviction of official misconduct or oppression;

- Falsification of documents or records;

- Unauthorized use of official information or unauthorized disclosure of confidential information;

- Unauthorized or abusive use of official authority;

- Violation of on the job safety rules;

- Violation of the the County's Sexual Harassment Policy;

- Violation of the County's Drug and Alcohol Abuse Policy;

- Incompetence or neglect of duty;

- Disruptive behavior which impairs the performance of others; e.g., fighting and sexual harassment, etc.;

- Violation of the requirements of these personnel policies;

- Other misconduct which may render an employee liable for disciplinary action.



A suspended employee is entitled to reinstatement to the position held before such suspension, without loss of pay or benefits for the period the employee did not work due to such suspension if the indictment or information is dismissed, the employee acquitted, or the conviction reversed on appeal. However, in the case where an employee is a deputy or appointee of an elected official no longer in office and the succeeding official does not wish to hire or appoint such deputy or appointee, the reimbursement of pay or benefits will be only for that period in which said employee could have worked for the original elected official. The suspension of an employee subsequently reinstated or reimbursed under this subsection is not to be interpreted as a disciplinary suspension.

There is no mandatory retirement age for employees of Cameron County, and employees are encouraged to remain in their respective positions, subject to the requirements of pertinent policies for the performance of their respective duties.

## 13.04 REDUCTION IN FORCE

An employee may be separated for lack of work or funds.

In deciding who will be separated from their employment as a result of a reduction in force, the County will consider, but is not limited to, the following factors:

1.  the employee's length of service with the County,

2.  the performance record of each employee,

3.  qualifications of the employee for remaining positions.

## 13.05 ELIMINATION OF POSITION

An employee may be separated because of changes in duties or reorganization. The relative necessity of each position to the organization is considered when positions are considered for elimination.

## 13.06 DISMISSAL

A new employee may be dismissed at any time during the initial six (6) month or the extended probationary period when, in the judgment of the Department Head, the quality and performance of his or her work does not merit continuation as a County employee.

An employee who has completed his or her initial probationary period may be dismissed by the Department Head for various reasons which include but are not limited to those listed in Section 12.01. All employees remain subject to performance evaluations to be conducted at least once a year.

**There is no tenure or permanent lifetime employment or appointment with Cameron County.**

## 14.00 GRIEVANCES

### 14.01 POLICY

It is the policy of Cameron County, insofar as possible, to prevent the need for employee grievances and to deal promptly with those which occur.

### 14.02 GROUNDS FOR A GRIEVANCE

Any difference or disagreement between the County and any employee who has completed his or her initial probationary period involving the interpretation, application, or enforcement of any of the provisions of this Handbook, except those involving involuntary dismissal, shall constitute a grievance and must be taken up by the employee in the manner set forth in the following sections.  The grievance procedure provided in the following sections is not available to the employee who has been involuntarily dismissed from employment by the County or to the employee who has not completed his or her initial probationary period.

### 14.03 INFORMAL GRIEVANCE

The first step in the grievance procedure is for the employee to resolve the grievance by an informal conference with his or her immediate supervisor within ten (10) working days after the events upon which the grievance is based.  If informal conference with the supervisor does not result in a resolution of the problem(s) that is satisfactory to the employee, he or she may file a formal grievance.

### 14.04 FORMAL GRIEVANCES

Formal grievances should be in writing, signed by the employee, and presented to the employee's Department Head within ten working days after the informal conference is held.  The employee should state what action he or she would like to see taken to resolve the grievance.

Within five (5) working days after being presented with a formal grievance, the Department Head shall elect to either:

1. request a recommendation from the Advisory Grievance Committee appointed by the Commissioners Court, in accordance with the procedures set forth in Section 14.05; or

letter to the Department Head stating one of the following conclusions:

1. "After completion of an investigation of this matter in accordance with the provisions of Section 14.05 of the Cameron County Personnel Policies Manual, it is the opinion of the Advisory Grievance Committee appointed by the Commissioners Court that the County Personnel Policies as set forth in the Cameron County Personnel Policies Manual have been followed. It is therefore our recommendation that the formal grievance be denied"; or

2. "After completion of an investigation of this matter in accordance with the provisions of Section 14.05 of the Cameron County Personnel Policies Manual, the Advisory Grievance Committee is not satisfied that the County Personnel Policies as set forth in the Cameron County Personnel Policies Manual have been followed. It is therefore our recommendation that the action requested by the employee in the formal grievance be [granted] [modified as follows:   (recommended action to be taken)]."

After receipt of the recommendation from the Advisory Grievance Committee, the Department Head shall:

(1)    investigate and make a decision on the grievance within five (5) working days; and

(2)    communicate his decision to the employee in writing within the two (2)  working days after it is made.

The manner of investigating the grievance shall be left to the discretion of the Department Head, but shall involve, at a minimum, a review of the employee's personnel file and any other documents relevant to the grievance.

In the case of elected Department Heads, the decision of the Department Head is final.   In the case of Department Heads appointed by the County Judge and/or the Commissioners Court, appeals may be made to the Commissioners Court (in executive session).   Department Heads appointed by a board may choose to recommend a method of appeal to that board.

Each Personnel Action Form becomes a permanent part of the employee's personnel file, and a copy is given to the employee.

## 15.03 CONTENTS OF PERSONNEL FILES

An employee's personnel file contains; a copy of the employee's application for employment, a signed copy of the employee's acknowledgment of receiving the Personnel Policies Handbook, Insurance Handbook, and Retirement System Handbook, the class (job) description for the position he or she currently occupies, personnel action forms, performance evaluation records, records of any citations for excellence or awards for good performance, records of leave accrued and taken, and any other pertinent information having a bearing on the employee's status.

## 15.04 LEAVE RECORDS

Official records of annual leave and sick leave accrual and of leave usage will be kept for each employee by the Department Head. Leave records are updated at the end of each month. Leave balances are shown on the official record to reflect any remaining leave to which an employee is entitled.