# EXHIBIT 6

RECEIVED
AUG 2 3 2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BELINDA MATA,<br>    Plaintiff,<br><br>v.<br><br>CAMERON COUNTY HEALTH<br>DEPARTMENT, CAMERON COUNTY,<br>    Defendant. | )<br>)<br>)<br>) CASE NO. B-04-092<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF JACK SIMS

STATE OF TEXAS
COUNTY OF TRAVIS

Before me, the undersigned notary public, on this day personally appeared Jack Sims, who is known to me, and first being duly sworn on his oath said:

1.      My name is Jack Sims. I am competent to make this affidavit. The facts stated in this affidavit are withing my personal knowledge and are true and correct.

2.      I am the Director of the Immunizations Division, Texas Department of Health, Austin, Texas. As Director I am a custodian of the records of the Immunizations Division.

3.      Attached is a copy of the contract between the Texas Department of Health and Cameron County, Texas for the distribution of vaccine, among other things. This contract was in effect from September 1, 2001 through August 31, 2002. This contract was made and kept in the course of a regularly conducted business activity. It was the regular practice of the business activity to make the contract. The contract was made at or near the time of the event that it records. And, the contract was make by, or from information transmitted by, a person with knowledge acting in the regular course of business.

4.      The loss, destruction, spoilage, or other waste of vaccine is a breach of this contract. Under this contract the Texas Department of Health, Immunization Division may require the County Health Department to replace or reimburse it for vaccine that is lost, destroyed, spoiled, or otherwise wasted.

5.      Attached is a copy of an Inter-Office Letter that was issued in December of 2001 to Immunization Program Managers/Coordinators, including the Cameron County Health Department. This letter was in effect on June 4, 2002, and from the time of its issuance. This letter was made and kept in the course of a regularly conducted business activity. It was the regular practice of the business activity to make the letter. The letter was made at or near the

time of the event that it records. And, the letter was make by, or from information transmitted by, a person with knowledge acting in the regular course of business.

6.  This letter was issued to monitor and reduce vaccine losses due to expiration. Among other things, the letter reminded Local Health Departments, including the Cameron County Health Department, that the Local Health Department may be required to reimburse the Texas Department of Health for expired vaccine.

7.  In May or June of 2002 it was determined that the Cameron County Health Department had allowed vaccine to expire on the shelf. Although this would be a violation of the attached contract, Cameron County was not required to replace or reimburse the Texas Health Department.

Further affiant saith not.

_____
Jack Sims

BEFORE ME, the undersigned notary public, on this day personally appeared Jack Sims, who, being first by me duly sworn, upon his oath deposed and said that he is the affiant that he has read the foregoing document and that the statements contained therein are within his personal knowledge and are true and correct, and I personally know or have verified the identity of the affiant by a current identification card or other document used by a state or federal government containing a photograph and the signature of the affiant.

SUBSCRIBED AND SWORN TO before me on this _18th_ day of August, 2004, by the affiant.

_____
Notary Public
in and for the State of Texas

Commission expires: 07/17/05

[seal]

