UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BELINDA MATA, Plaintiff | § § § | |
| V. | § § | CASE NO. B-04-092 |
| CAMERON COUNTY HEALTH DEPARTMENT, THE COUNTY OF CAMERON, Defendant | § § § § | |

## ORDER GRANTING CAMERON COUNTY'S MOTION FOR SUMMARY JUDGMENT

BE IT REMEMBERED that on this day came on for consideration Defendant's Motion for Summary Judgment in connection with the above referenced cause of action. Upon consideration of said motion, the pleadings, the response, the affidavits and other evidence on file, and after considering arguments of counsel, the Court finds the Defendant's Motion for Summary Judgment should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant's Motion for Summary Judgment be and is hereby GRANTED and that Plaintiff's claims against the Defendant be dismissed with prejudice.

SIGNED AND ENTERED, this the ____ day of _____,2005.

_____
Hilda G. Tagle
United States District Judge

Copies to:

Richard O. Burst, (956) 550-1348fax
David R. Joe, (956) 428-5518 fax