UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

BELINDA MATA, Plaintiff §
§
V. § CASE NO. B-04-092
§
CAMERON COUNTY HEALTH §
DEPARTMENT, THE COUNTY OF §
CAMERON, Defendant §

ORDER SETTING HEARING
ON CAMERON COUNTY'S
MOTION FOR SUMMARY JUDGMENT

A hearing on Defendant, Cameron County's Motion for Summary Judgment is hereby set for the _____ day of _____, 2005, at _____ o'clock ___.m. before the Honorable Judge Hilda G. Tagle.

SIGNED on this _____ day of _____, 2005.

Hilda G. Tagle
United States District Judge

Copies to:

Richard O. Burst, (956) 550-1348fax
David R. Joe, (956) 428-5518 fax