

## Cameron County Health Department
186 N. Sam Houston
San Benito, Texas 78586
956-399-6649 Office, 956-399-0906 Fax

Victor M. Gonzalez, Jr. M.D., FAAFP
Health Authority

istrator

May 30, 2002

Texas Department of Health
Judi Chase, Vaccine Management
Immunization Division
1100 W. 49th St.
Austin, Texas 78756-3199

Re:   Returning of Expired Vaccines

The department has gone through some personnel changes during the past year in the Immunization program. Our vaccine coordinator left our department during the past summer and did not hired a new one until August, 2001. The newly hired left our department this past month and we have not returned any vaccine or medications to the Central Pharmacy since April 24, 2001. We have received expired vaccines from the providers in our county and have not returned the vaccines in the time span indicated. I am unable to informed you how the 1994 vaccine was still in our department.

We will comply to send expired vaccine every six months as stated in your e-mail.

Thank you,

*Maria S. SanPedro R.N.*

Maria S. San Pedro, R.N.,
Director of Nursing Services

EXHIBIT 5



Salinas
EXHIBIT NO. 4
BRYANT-STINGLEY

Maternal Child Health • Family Planning • WIC • Health Education • Immunizations • Case Management
Environmental Health • Jail Infirmary • TB Elimination • Communicable Disease Reporting

*Health Services For The New Millennium*

000030