United States District Court
Southern District of Texas
FILED

JUL 2 9 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BELINDA MATA, | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | |
| | § | CIVIL ACTION NO. B-04-092 |
| CAMERON COUNTY HEALTH DEPARTMENT, THE COUNTY OF CAMERON, | § § § § | |
| Defendant. | § | |

### PLAINTIFF'S MOTION FOR MEDIATION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Belinda Mata, hereinafter the "Plaintiff," requesting this Court refer this case to mediation, showing unto the Court the following:

#### I.   STATUS OF CASE

1) As of the time of filing this Motion, the Defendant has moved for summary judgment and the Plaintiff has timely filed its reply to the Motion. There is no ruling yet from this Court that the Plaintiff is aware of.

2) The parties are approaching the date upon which they are required to submit their joint pretrial order, August 10, 2005.

3) Through this date, the Parties have not mediated or engaged in any substantive settlement attempts to resolve the case.

4) Although Defendant's Motion for Summary Judgment is pending, counsel for Plaintiff believes that the parties would benefit from the mediation process, and in fact at the time of the preparation of the joint case management plan, neither party expressed opposition to mediation, and Plaintiff believes that the pending motion for summary judgment may prevent this Motion from being an agreed motion.

## II. PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Belinda Mata, respectfully prays that this Court with or without a hearing order the parties to mediate with a mutually agreeable mediator or in the alternative refer the parties to a mediator of this Court's selection.

7

Respectfully Submitted,

BREWER ANTHONY &
MIDDLEBROOK, P.C.

By: /s/ David R. Joe
David R. Joe, Admitted to the
United States District Court,
Northern and Southern Districts of Texas
Texas Bar No. 24003872
Federal Bar 34002
1702 E. Tyler Street
Suite 1
Harlingen, TX, 78550
Office: (956) 428-5500
Fax: (956) 428-5518
ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was served in accordance with the Federal Rules of Civil Procedure this __29th__ day of July, 2005, on counsel of record. I certify that this Motion was necessary after an attempt avoid this Motion was made by telephone conference, in which opposing counsel could not agree to file this as an "agreed motion."

Richard Burst. Esq.
Cameron County Commissioners'
Court, Civil Legal Division
964 E. Harrison Street
Ste. 420
Brownsville, TX 78520
Fax 956 550-1348

/s/ David R. Joe
DAVID R. JOE