IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BELINDA MATA, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | C.A. NO. B-04-92 |
| | § | |
| CAMERON COUNTY, TEXAS, | § | |
| | § | |
| DEFENDANT. | § | |

## ORDER

BE IT REMEMBERED that on August 1, 2005, the Court **STRUCK** Plaintiff's Motion for Mediation for failure to include a certificate of conference and a proposed order.

DONE this 1st day of August, 2005, at Brownsville Texas.

Hilda G. Tagle
United States District Judge