IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**BELINDA MATA**
   **Plaintiff,**

**v.**

**CIVIL ACTION NO. B-04--092**

**CAMERON COUNTY HEALTH DEPARTMENT,**
**THE COUNTY OF CAMERON**
   **Defendant.**

## ORDER AND FIAT ON PLAINTIFF BELINDA MATA'S MOTION FOR MEDIATION

On _____, 2005, this Court considered Plaintiff Belinda Mata's Motion FOR Mediation. After considering the pleadings and the Motion, this Court:

(_____) GRANTS Plaintiff's Motion and ORDERS the Parties to forthwith with a mutually agreeable mediator.

OR

(_____) Sets the Motion for a hearing on: _____ at _____ a.m./p.m.

OR

(_____) Denies said Motion.

Signed on _____, 2005

Approved and Entry Requested:

_____
David R. Joe

_____
JUDGE PRESIDING

ORIGINAL