United States District Court
Southern District of Texas
FILED

AUG 10 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BELINDA MATA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. B-04-092 |
| ) | |
| CAMERON COUNTY HEALTH ) | |
| DEPARTMENT, CAMERON COUNTY, ) | |
| Defendant. ) | |

## DEFENDANT'S PROPOSED JURY INTERROGATORIES

Respectfully submitted,

CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street
Brownsville, Texas 78520
Telephone: (956) 550-1345
Facsimile: (956) 550-1348

Richard O. Burst
Attorney In Charge
Texas State Bar No. 00785586
Federal Bar No. 15515

Dylbia L. Jefferies – Vega
Of Counsel
Texas State Bar #00786516
Federal Bar No. 17065

1

**Question No 1.**  Was Plaintiff's speech activity a substantial or motivating factor in the Cameron County's decision to terminate her from employment?

Yes _____    No _____

If you answered "yes" to question 1, answer question 2. Otherwise stop.

See, *Mt. Healthy City School Dist. Bd. of Educ. v. Doyle, 429 U.S. 274, 97 S. Ct. 568, 50 L. Ed. 2d 471 (1977).*

**Question No. 2.** Do you find by a preponderance of the evidence that the Cameron County was deliberately indifferent to Plaintiff's constitutional rights by terminating her?

Yes _____　　No _____

If you answered "yes" to question 2 answer question 3. Otherwise stop.

See, *Mt. Healthy City School Dist. Bd. of Educ. v. Doyle, 429 U.S. 274, 97 S. Ct. 568, 50 L. Ed. 2d 471 (1977).*

**Question No. 3.** Do you find by a preponderance of the evidence that Cameron County would have dismissed Plaintiff for other reasons even if Plaintiff had not exercised her protected speech activity?

Yes _____   No _____

If you answered "yes" to question 3, stop. Otherwise answer question 4.

See, *Mt. Healthy City School Dist. Bd. of Educ. v. Doyle,* 429 U.S. 274, 97 S. Ct. 568, 50 L. Ed. 2d 471 (1977).

**Question No. 4.** Was Cameron County's act in terminating Plaintiff the proximate or legal cause of Plaintiff' damages?

Yes _____    No _____

If you answered "yes" to question 4, answer question 5. Otherwise stop.

See, *Mt. Healthy City School Dist. Bd. of Educ. v. Doyle,* 429 U.S. 274, 97 S. Ct. 568, 50 L. Ed. 2d 471 (1977).

**Question No. 5.**   What sum of money, if any, will reasonably and fairly compensate Plaintiff Cavazos for the violation of her constitutional right to free speech?

$ _____

See, *Mt. Healthy City School Dist. Bd. of Educ. v. Doyle, 429 U.S. 274, 97 S. Ct. 568, 50 L. Ed. 2d 471 (1977).*

**SO SAY WE ALL**

Foreperson:_____          Date:_____

Respectfully submitted,

CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street
Brownsville, Texas 78520
Telephone: (956) 550-1345
Facsimile: (956) 550-1348

BY: _____
Richard O. Burst
Attorney In Charge
Texas State Bar No. 00785586
Federal Bar No. 15515

Dylbia L. Jefferies – Vega
Of Counsel
Texas State Bar #00786516
Federal Bar No. 17065

## CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Proposed Jury Interrogatories has been hand delivered to the following on this 10th day of June, 2005:

David R. Joe
Brewer Anthony Middlebrook
Burley & Dunn, P.C.
1702 E. Tyler St., Ste. 1
Harlingen, Texas 78550

_____
Richard O. Burst