

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BELINDA MATA, Plaintiff | § § | |
| V. | § § | CASE NO. B-04-092 |
| CAMERON COUNTY HEALTH DEPARTMENT, THE COUNTY OF CAMERON, Defendant | § § § § | |

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

Defendant, Cameron County, submits the following proposed voir dire questions:

1. Do you understand that this is a civil case? This means that it is a civil dispute rather than a criminal prosecution.

2. Do you understand that the role of the jury is to be the "judge" of the disputed facts in the case? This means that each juror must listen to the evidence admitted in court and decide the relative value of that evidence to resolve questions that will be presented to the jury at the conclusion of the evidence.

3. Do you understand that the burden of proof in a civil case is different from that in a criminal case? This means that the party that must prove something to you, as jurors, must do so by a preponderance of the evidence, not beyond a reasonable doubt.

4. Do you understand that the jury-selection process is the sole opportunity that the litigants will have to learn if you have had experiences or have feelings or knowledge that may influence how you view the evidence in this case.

5. Are you acquainted with the plaintiff in this case?

6. Are you acquainted with the defendant in this case?

7. Do you recognize any of the attorneys who are here?

8. The attorneys in this case are David R. Joe, Richard O. Burst, Dylbia L. Jefferies-Vega. Have you, anyone close to you, or any member of your family (including your spouse, children, step-children, parents, brothers, sisters, children-in-law, brothers-in-law, sisters-in-law, or parents-in-law) ever been represented by any of these attorneys?

9. The following are potential witnesses in this case. County Judge Gilberto Hinojosa, Esmeralda Guajardo, Assistant Health Administrator, Yvette Salinas, Health Administrator, Manuel Villarreal, Director of Human Resources, Maria S. San Pedro, R.N., Jack Sims,

        Director, Immunization Division and Martha Canas, Office Manager. Do you know, or do you think you know, any of these people?

10. Do you know anyone else on the jury panel?

11. Have you, anyone close to you, or any member of your family ever worked for or been employed by Cameron County, Texas.

12. Do any of you have a spouse who is a lawyer or who has studied law?

13. Have you, anyone close to you, or any member of your family ever been employed as a claims investigator, a claims adjuster, or a claims handler?

14. Have you ever been a witness at a trial, civil or criminal?

15. Have you ever been a juror in a trial, civil or criminal?

16. If you were a juror in a civil trial, did the jury reach a verdict?

17. Has anyone close to you or any member of your family ever been involved as a plaintiff, defendant, or witness in a civil case or ever attended court for any reason?

18. If yes, is that civil case still pending?

19. Was there anything about the civil case in which your friend or relative was involved that you believe could have an impact on your ability to be a fair and impartial juror in this case?

20. Is there anything about the civil case in which you are or were a defendant that your believe could have an impact on your ability to be a fair and impartial juror in this case?

21. Have you ever been a plaintiff in a suit?

22. If yes, is that case still pending?

23. Is there anything about the civil case in which you are or were a plaintiff that you believe could have an impact on your ability to be a fair and impartial juror in this case?

24. Have you heard anything during this jury-selection process that causes you concern about your ability to be a fair and impartial juror in this case?

25. Is there any matter that you would like to discuss privately that bears on your ability to serve as a juror in this case?

                                                                 Respectfully submitted,

CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street
Brownsville, Texas 78520
Telephone: (956) 550-1345
Facsimile: (956) 550-1348

BY: _____
Richard O. Burst
Attorney In Charge
Texas State Bar No. 00785586
Federal Bar No. 15515

Dylbia L. Jefferies – Vega
Of Counsel
Texas State Bar #00786516
Federal Bar No. 17065

## CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Defendant's Proposed Voir Dire has been hand deliverec to the following on this 10th day of August, 2005:

David R. Joe
Brewer Anthony Middlebrook
Burley & Dunn, P.C.
1702 E. Tyler St., Ste. 1
Harlingen, Texas 78550

_____
Richard O. Burst