United States District Court
Southern District of Texas
FILED

AUG 10 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BELINDA MATA,<br>　　　Plaintiff, | §<br>§<br>§ | |
| V. | §<br>§<br>§ | |
| CAMERON COUNTY HEALTH<br>DEPARTMENT, THE COUNTY OF<br>CAMERON | §<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-092 |
| 　　　Defendant. | §<br>§ | |

**PLAINTIFF'S PROPOSED JURY QUESTIONS
PRESENTED ON SEPARATE PAGES PURSUANT TO COURT RULE 8**

### I.　　QUESTION NUMBER 1

Before determining whether the plaintiff's acts of speech (*or* expression) were protected by the Free Speech Clause of the First Amendment, you, the jury, must determine what, if anything, the plaintiff said (*or* did) to express herself. You may decide that the plaintiff engaged in all the acts of speech that she claims to have engaged in, some of those acts, or none of the acts at all. Should you decide that the plaintiff did express herself, you must decide what exactly she said. When you have decided what, if anything, the plaintiff said to express herself, I will ask you to tell me the answer.

The jury finds that the plaintiff's speech was: _____.

Authority "Plaintiff's Instruction 5."

Page 1

ORIGINAL

## II. QUESTION (OF LAW) NUMBER 2

Now that you, the jury, have determined what it was that the plaintiff said (*or* did) to express herself, I, the judge, must determine whether that speech (*or* act of expression) is protected by the First Amendment. The question whether the plaintiff's speech is protected by the First Amendment is a question of law, and is not a question for you to consider.

I have decided that the Free Speech Clause of the First Amendment protects the following speech in which the plaintiff engaged: [describe or recite protected speech or conduct]_____.

Authority "Plaintiff's Instruction 5."

### III. QUESTION NUMBER 3

**Were the Plaintiff's Acts a Substantial or Motivating Factor in the Defendant's Action?**

Answer "Yes" or "No"

_____

If you answered "Yes" to Question Number 3, then answer the following questions.

Authority "Plaintiff's Instruction 7."

## IV. QUESTION NUMBER 4

Has the defendant shown by a preponderance of the evidence that it would have reached the same decision without considering the plaintiff's protected speech?

Answer "Yes" or "No"

_____

If you answered "No" to Question Number 4, then answer the following questions.

Authority "Plaintiff's Instruction 8."

## V. QUESTION NUMBER 5

*(Plaintiff Believes 9-11 MAY NOT APPLY to this termination case but anticipates Defendant believes said law does, and if so Ruled upon provides the same)*

Is the Defendant Cameron County liable, by policy, practice, custom or usage for the acts of its employee that deprived the Plaintiff of her federal rights?

Answer "Yes" or "No"

_____

If you answered "Yes" to Question Number 5, then answer the following questions.

Authority "Plaintiff's Instructions 9-11."

## VI. <u>QUESTION NUMBER 6</u>

If you return a verdict for the plaintiff, do you find that the plaintiff has proven by a preponderance of the evidence that she suffered any actual damages?

Answer "Yes" or "No"

_____

If you answered "Yes" to Question Number 6, then answer the following questions.

Authority "Plaintiff's Instruction 13."

## VII. <u>QUESTION NUMBER 7</u>

**We the Jury award the Plaintiff the following:**

a)   Backpay in the amount of _____

b)   Court costs in the amount of _____

c)   Attorney fees in the amount of _____

d)   Future lost income in the amount of _____

e)   Emotional pain and suffering in the amount of _____

f)   Inconvenience in the amount of _____

g)   Loss of enjoyment of life in the amount of _____

h)   Loss of reputation in the amount of _____

i)   Loss of earning capacity in the amount of _____

j)   Yes_____ Reinstatement with seniority;

   No_____ Reinstatement; and

k)   an injunction against discrimination against the Plaintiff.

**Authority "Plaintiff's Instruction 12."**

Respectfully submitted,

BREWER ANTHONY & MIDDLEBROOK, P.C.

By: _____

David R. Joe. Admitted to the
United States District Court,
Northern and Southern Districts of Texas
Texas Bar No. 24003872
Federal Bar No. 34002
1702 E. Tyler Street
Suite 1
Harlingen, TX 78550
Office: (956) 428-5500
Fax: (956) 428-5518
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the Attorneys of Record of all parties to the above cause in accordance with Rule 5, Federal Rules of Civil Procedure, on the __10__ th day of August 2005, as follows:

**VIA HAND DELIVERY**

Richard Burst
Civil Legal Department
Commissioners Court
964 East Harrison Street
Brownsville, TX 78520.

_____
DAVID R. JOE