IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BELINDA MATA,<br>　　　　Plaintiff,<br><br>V.<br><br><br>CAMERON COUNTY HEALTH<br>DEPARTMENT, THE COUNTY OF<br>CAMERON<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-092 |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1. Do you feel that people suing for Civil Rights violations win too often?

2. Do you feel that Cameron County should be held financially liable if it commits civil rights violations?

3. Do you have any feelings about the maximum amount you would be willing to award somebody for a civil rights violation committed by this County?

4. Would you be willing to disregard any feelings that an award might cause a financial hardship to your County of residence, if you believed the County violated the law?

5. Do you feel that it might be too easy for someone to sue and get big verdicts in our courts?

6. Do you feel that there are too many unjustified wrongful termination lawsuits in our courts?

7. Do you feel that wrongful termination lawsuits have an adverse impact on people or society or the economy in general?

8. Do you believe a new employee working for this County should have the same protections under civil rights laws as an employee with many years with the County?

**ORIGINAL**

9. Do you feel that you could award damages for a civil rights violation to a new employee?

10. Do you feel that the County's management personnel are any more likely to be truthful than private sector employees, just because they work for the County?

Respectfully submitted,

BREWER ANTHONY & MIDDLEBROOK, P.C.

By: _____

David R. Joe. Admitted to the
United States District Court,
Northern and Southern Districts of Texas
Texas Bar No. 24003872
Federal Bar No. 34002
1702 E. Tyler Street
Suite 1
Harlingen, TX 78550
Office: (956) 428-5500
Fax: (956) 428-5518
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the Attorneys of Record of all parties to the above cause in accordance with Rule 5, Federal Rules of Civil Procedure, on the __10__th day of August 2005, as follows:

**VIA HAND DELIVERY**

Richard Burst
Civil Legal Department
Commissioners Court
964 East Harrison Street
Brownsville, TX 78520.

_____
**DAVID R. JOE**

Page 2