United States District Court
Southern District of Texas
FILED

AUG 1 0 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BELINDA MATA, | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| | § | |
| CAMERON COUNTY HEALTH | § | CIVIL ACTION NO. B-04-092 |
| DEPARTMENT, THE COUNTY OF | § | |
| CAMERON | § | |
| | § | |
| Defendant. | § | |

---

## PLAINTIFF'S EXHIBIT LIST

---

Judge Hilda G. Tagle

Case Manager: Stella Cavazos

Court Reporter: _____

1)   The deposition and exhibits of Yvette Salinas, April 4, 2005;

2)   The Exhibits to Defendant's Motion for Summary Judgment;

3)   The "Indexed Exhibits" produced by Defendant to Plaintiff Bates stamped 00001 through 000102;

4)   Defendant's responses to Plaintiff's Interrogatories, Request for Admissions and Production;

5)   The deposition of Belinda Mata, with Exhibits;

ORIGINAL

6)    **Spreadsheets and worksheets produced to Defendant regarding vaccinations;**

7)    **Remaining documents produced to Defendant by Plaintiff, including correspondence;**

8)    **Cameron County Personnel Policies Manual;**

9)    **Documents Plaintiff inspects at counsel's office and documents requested and heretofore withheld from Plaintiff.**

Respectfully submitted,

**BREWER ANTHONY & MIDDLEBROOK, P.C.**

By:_____

David R. Joe. Admitted to the
United States District Court,
Northern and Southern Districts of Texas
Texas Bar No. 24003872
Federal Bar No. 34002
1702 E. Tyler Street
Suite 1
Harlingen, TX 78550
Office: (956) 428-5500
Fax: (956) 428-5518
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the Attorneys of Record of all parties to the above cause in accordance with Rule 5, Federal Rules of Civil Procedure, on the _____th day of August 2005, as follows:
**VIA HAND DELIVERY**

Richard Burst
Civil Legal Department
Commissioners Court
964 East Harrison Street
Brownsville, TX 78520.

_____
DAVID R. JOE

**Page 2**

| UNITED STATES DISTRICT COURT | ☐ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| Belinda Mata, Plaintiff<br><br>versus<br><br>Cameron County Health Department, The County of Cameron, Defendant | CASE NO.    <u>B-04-092</u> |
|---|---|
| | **Exhibit List** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of<br>Defendant | Proceeding        Date: |

| No. | Description | Adm | Exd |
|---|---|---|---|
| | Documents From The Personal File From the Cameron County Health Department Which Includes Exhibit 1 Through 39 | | |
| 1 | Cameron County Health Department Letter of Hire | | |
| 2 | Cameron County Warning Notice | | |
| 3 | Cameron County Verbal Warning Documentation | | |
| 4 | Fax Cover - From Team Staff RX (Formerly DSI Staff RX) | | |
| 5 | Fax-San Benito Medical Associates, Inc.-Examination For Tuberculosis | | |
| 6 | Cameron County Health Department Separation Form | | |
| 7 | Termination Letter | | |
| 8 | Termination Letter | | |
| 9 | Letter From the Texas Dept. of Health Concerning the Complaint | | |
| 10 | Payroll Enrollment Form | | |
| 11 | Employment Eligibility Verification | | |
| 12 | Cameron County Health Department Personnel Data | | |
| 13 | Copy of Board of Vocational Nurse Examiners The State of Texas, Driver License, Social Security & Healthcare Provide Card | | |

| 14 | Time Card | | |
|----|-----------|--|--|
| 15 | Cameron County Health Department Time Sheet Pay Period of 4-5-02 to 4-18-02 | | |
| 16 | Cameron County Health Department Time Sheet Pay Period of 4-19-02 to 5-2-02 | | |
| 17 | Cameron County Health Department Time Sheet Pay Period of 5-31-02 to 6-13-02 | | |
| 18 | Cameron County Health Department Time Sheet Pay Period of 5-17-02 to 5-30-02 | | |
| 19 | Cameron County Health Department Time Sheet Pay Period of 5-3-02 to 5-16-02 | | |
| 20 | Application for Employment | | |
| 21 | Cameron County Incident Documentation | | |
| 22 | Note From Belinda Mata to Chris | | |
| 23 | Information on Belinda Mata To John Olson From Yvette Salinas | | |
| 24 | Notice of Employee Separation | | |
| 25 | San Benito Police Department Field Incident Report | | |
| 28 | Personnel File Record | | |
| 29 | Notice of Transfer Between Departments or Slots | | |
| 30 | Cameron County Health Department Personnel Action | | |
| 31 | Cameron County Employee Benefits Enrollment Form | | |
| 32 | LifeRe Insurance Co. - Enrollment Form | | |
| 33 | Maxicomp Section 125 Flexible Benefit Plan Agreement | | |
| 34 | Member Information and Beneficiary Change Form | | |
| 35 | Fax To Mr. Villarreal From Martha Cameron County Health Dept. Partial of the San Benito Police Report & Cameron County Incident Documentation | | |
| 36 | Employer's Withholding Allowance Certificate | | |
| 37 | Cameron County Payroll Enrollment Verification Form | | |
| 38 | Cameron County Employee Decision on Disclosure of Information | | |

| 39 | Cameron County Health Department - Communicable Disease LVN- Job Description & Responsibilities | | |
|----|---|---|---|
| 40 | Cameron County Receipt for Handbooks | | |
| 41 | Cameron County Waiver of Confidentially | | |
| 42 | Personal File from Human Resources | | |
| 43 | Interlocal Agreement Between Texas Department of Health and Cameron County | | |
| 44 | Texas Department of Health Inter-Office Memo | | |
| 45 | Texas Department of Health Inter-Office Memo | | |
| 46 | Vaccine Log Prepared by Belinda Mata (Blacked Out by Belinda Mata) | | |
| 47 | Vaccine Log Prepared by Belinda Mata | | |
| 48 | Letter to Tx. Dept. of Health With Attached List of Drugs Returned to Central Pharmacy | | |
| 49 | Personnel Policies Manual of Cameron County, Texas (as Amended Through 5/21/02) | | |