IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
-ENTERED-
FILED
AUG 1 0 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| BELINDA MATA,<br>    Plaintiff,<br><br>V.<br><br>CAMERON COUNTY HEALTH<br>DEPARTMENT, THE COUNTY OF<br>CAMERON<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. B-04-092<br>§<br>§<br>§<br>§ |

## PLAINTIFF'S WITNESS LIST

| | Name: | Address: | Nature of Testimony: |
|---|---|---|---|
| 1) | Belinda Mata | 709 Sonesta<br>Apt. C, Harlingen, TX<br>893-2525 | Plaintiff |
| 2) | Yvette Salinas | 5800 N 23rd Lane<br>McAllen, TX<br>630-6626 | Director of Defendant terminated the Plaintiff |
| 3) | Esmer Guajardo | Cameron County<br>Health Department<br>186 Sam Houston<br>San Benito, TX | Supervisor who worked with Plaintiff and Yvette Salinas will testify to circumstances of employment and termination |
| 4) | Jack Sims | Cameron County<br>Health Department<br>186 Sam Houston<br>San Benito, TX | Witness statement Defendant obtained from this witness |

ORIGINAL

| | | | |
|---|---|---|---|
| 5) | Hon. Gilberto Hinojosa | 1713 Boca Chica Blvd<br>Brownsville, TX<br>544-6571 | Evidently was approached by Salinas about security of her job seeking assurances |
| 6) | Remy Garza | unknown | same as 4, above. |
| 7) | David R. Joe | as appears below | Attorney fees |

Respectfully submitted,

BREWER ANTHONY & MIDDLEBROOK, P.C.

By: _____

David R. Joe. Admitted to the
United States District Court,
Northern and Southern Districts of Texas
Texas Bar No. 24003872
Federal Bar No. 34002
1702 E. Tyler Street
Suite 1
Harlingen, TX 78550
Office: (956) 428-5500
Fax: (956) 428-5518
**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the Attorneys of Record of all parties to the above cause in accordance with Rule 5, Federal Rules of Civil Procedure, on the ____th day of August 2005, as follows:

### VIA HAND DELIVERY

Richard Burst
Civil Legal Department
Commissioners Court
964 East Harrison Street
Brownsville, TX 78520.

_____
DAVID R. JOE

Page 2

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| Belinda Mata, Plaintiff<br><br>versus<br><br>Cameron County Health Department, The County of Cameron, Defendant | Case No.  B-04-092 |
| | **Witness List** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of<br>Defendant | Proceeding          Date |

1. Esmeralda Guajardo, Assistant Health Administrator

2. Yvette Salinas, Health Administrator

3. Manuel Villarreal, Director of Human Resources

4. Maria S. San Pedro, R.N.

5. Jack Sims, Director, Immunization Division

6. Martha Canas, Office Manager