IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| BELINDA MATA, | § | |
| PLAINTIFF, | § § § § | |
| v. | § | C.A. NO. B-04-92 |
| CAMERON COUNTY, TEXAS, | § § § § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

BE IT REMEMBERED that on August 19, 2005, having granted summary judgment in favor of Defendant on all claims, the Court **ENTERS** final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE this 19th day of August, 2005, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge