United States District Court
Southern District of Texas
FILED

AUG 2 3 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BELINDA MATA, | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | |
| | § | CIVIL ACTION NO. B-04--092 |
| CAMERON COUNTY HEALTH | § | |
| DEPARTMENT, THE COUNTY | § | |
| OF CAMERON, | § | |
| | § | |
| Defendant. | § | |

### PLAINTIFF'S MOTION TO ALTER OR AMEND FINAL JUDGMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Plaintiff Belinda Mata respectfully requesting Pursuant to Rule 59 that this Court Amend it Final Judgment of August 19, 2005, showing unto the Court the Following:

I.   **Procedural Background**

This Court Granted Defendant's Motion for Summary Judgment on August 19, 2005.

Final Judgment recites judgment in favor of Defendant on all claims.

## II.   Defendant's Motion for Summary Judgment did not Challenge Plaintiff's Texas Constitution Claims

Defendant moved for Summary Judgment on three claims, one of which the Plaintiff did not even advance, including the Section 1983 claim, Whistleblower Act (not urged by Plaintiff) and Sabine Pilot claim. Plaintiff specifically pled a cause of action for violation of the Texas Constitution and prayed for equitable relief. Defendant did not move for Summary Judgment on Plaintiff's Texas Constitution claim. The Plaintiff's Response stipulated no relief was sought under a Sabine Pilot or Whistleblower Act claim, leaving the Section 1983 claim as the only disputed claim in the Motion for Summary Judgment.

## III.   Summary Judgment was Granted on the Basis that the Termination was Not an Act of a Final Policy Maker Under Section 1983

In Plaintiff's Response to Defendant's Motion, she stated she was not urging a Sabine Pilot or Whistleblower claim, and this Court ruled against Plaintiff on the remaining contested claim, the 1983 claim, finding that the termination was not an act of a final policy maker of Defendant Cameron County. This Court did not address the Texas Constitution Claim, and this Court's finding that the termination was not an act of a final policy maker of Defendant

Cameron County applies to the Section 1983 claim, but is not a finding that would preclude a claim under the Texas Constitution. Further, Plaintiff believes that no finding or conclusion in the Order and Opinion precludes a claim under the Texas Constitution.

## IV.  Conclusion

Plaintiff submits that the Final Judgment in favor of the Defendant on all claims exceeds the relief addressed by and sought in the Defendant's Motion for Summary Judgment, which omitted any reference to the Texas Constitution Claim. Plaintiff submits that the Final Judgment in favor of the Defendant on all claims also exceeds the scope of this Court's Order and Opinion, which also does not address the same claim.

## V.  Prayer

Plaintiff prays that this Court amend its Final Judgment against Plaintiff on the Texas Constitution claim. Plaintiff is within her time period to appeal the Final Judgment on the 1983 Claim, and in the event that this Court finds Plaintiff is allowed to proceed with her claim under the Texas Constitution, Plaintiff nevertheless respectfully prays for abatement of a trial or other setting on the merits of the Texas Constitution claim, such that Plaintiff will try her claim or claims, on the same set of facts, only one time.

Respectfully Submitted,

**BREWER ANTHONY & MIDDLEBROOK, P.C.**

By: _____
David R. Joe, Admitted to the
United States District Court,
Northern and Southern Districts of Texas
Texas Bar No. 24003872
Federal Bar 34002
1702 E. Tyler Street
Suite 1
Harlingen, TX, 78550
Office: (956) 428-5500
Fax: (956) 428-5518
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I certify that agreement could not be reached on this Motion via conference with counsel for Defendant on the 21st day of August, 2005.

_____
DAVID R. JOE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Response was served in accordance with the Federal Rules of Civil Procedure this 22nd day of August, 2005, on counsel of record:
Richard Burst. Esq.
Cameron County Commissioners'
Court, Civil Legal Division
964 E. Harrison Street
Ste. 420
Brownsville, TX 78520
Fax 956 550-1348

_____
DAVID R. JOE